UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually, et al.,

      Plaintiff,

vs.                                 Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.,;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS, INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD., CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, LLC;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

      Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SERVICE OF ALL DOCUMENTS FILED IN THE CASE**

RICHARD B. WEINMAN, of Winderweedle, Haines, Ward & Woodman, files this notice

of appearance as legal counsel for CHEXSYSTEMS COLLECTION AGENCY, INC., the

Defendant in this case, and requests that copies of all pleadings and papers of any type which are

filed in this case be sent to the undersigned.

Dated this 24th day of February, 2010.

/s/ Richard B. Weinman
RICHARD B. WEINMAN
Florida Bar No. 0231370
rweinman@whww.com
**WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014 (facsimile)
Attorneys for Chexsystems
Collection Agency, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2010, a true and correct copy of the foregoing has been furnished via U.S. Mail to Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828 and Electronic Transmission to on all parties having appeared electronically in this case.

/s/ Richard B. Weinman
RICHARD B. WEINMAN