IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually and
on behalf of others similarly situated, as a
private attorney general,

DOCKET NO.: 6:10-cv-117-ORL-KRS

Plaintiffs,

-vs-

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

Defendants.

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT

IT IS HEREBY STIPULATED by and between Duane Morris LLP (Harvey W. Gurland, Jr., P.A., and Warren D. Zaffuto, Esqs., appearing), on behalf of Defendant Jefferson Capital Systems, LLC, and Plaintiff Larry Rumbough, appearing *pro se*, that the time in which Defendant Jefferson Capital Systems, LLC may answer or otherwise move as to the Complaint is extended to March 20, 2010, no prior extensions having been granted.

DUANE MORRIS LLP

/s/ Warren D. Zaffuto
By:   Harvey W. Gurland, Jr., P.A.
      Warren D. Zaffuto
200 Biscayne Blvd., Ste. 3400
Miami, FL 33131

Attorneys for Defendant Jefferson Capital
Systems, LLC

*Larry Rumbough* (signature)
Larry Rumbough, *pro se*

2

**ORDER**

This matter having come before the Court on the foregoing Joint Stipulation to Extend Time Answer or to Otherwise Move As To the Complaint,

IT IS HEREBY ORDERED that Defendant Jefferson Capital System, LLC's time to answer or to otherwise move as to the Complaint is extended to March 20, 2010.

DONE AND ORDERED, this _____ day of _____, 2008

_____

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Richard B. Weinman, Esq.**, Winderweedle, Haines, Ward & Woodman, PA, 390 N Orange Ave, Suite 1500, PO Box 1391, Orlando, Florida 32802-1391; **Dale Thomas Golden, Esq.**, Golden & Scaz, PLLC, Suite A, 2124 W Kennedy Blvd, Tampa, Florida 33606.  A copy of the foregoing will also be sent this day, via United States mail, to the following:  **Larry Rumbough**, 840 Lilac Trace Lane, Orlando Florida 32828.

          ___s/ Warren D. Zaffuto_____
          Warren D. Zaffuto