# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LARRY RUMBOUGH, individually and on behalf of others similarly situated, as a private attorney general,**

Case No.: 6:10-cv-117-ORL-KRS

**Plaintiffs,**

-vs-

**EQUIFAX INFORMATION SERVICES, LLC, et al.,**

**Defendants.**

### DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC'S DISCLOSURE PURSUANT TO FED. R. CIV. PROC. 7.1

Defendant JEFFERSON CAPITAL SYSTEMS, LLC, a non-governmental corporate party in the above listed action, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that the following are corporate parents, affiliates and/or subsidiaries of said party that are publicly held and/or that own 10% or more of the said party's stock: COMPUCREDIT HOLDINGS CORP.

Dated: March 2, 2010

**DUANE MORRIS LLP**
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305.960.2200 (main)
Facsimile: 305.397.2536

s/ Warren D. Zaffuto
Harvey W. Gurland, Jr., P.A.
Florida Bar No. 284033
HWGurland@duanemorris.com
Trial Counsel for Defendant Jefferson Capital Systems, LLC
Warren D. Zaffuto, Esq.
Florida Bar No. 074346
WDZaffuto@duanemorris.com

*Counsel for Defendant Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 2nd day of March, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Richard B. Weinman, Esq.**, Winderweedle, Haines, Ward & Woodman, PA, 390 N Orange Ave, Suite 1500, PO Box 1391, Orlando, Florida 32802-1391; **Dale Thomas Golden, Esq.**, Golden & Scaz, PLLC, Suite A, 2124 W Kennedy Blvd, Tampa, Florida 33606.  A copy of the foregoing will also be sent this day, via United States mail, to the following: **Larry Rumbough**, 840 Lilac Trace Lane, Orlando Florida 32828.

                ___s/ Warren D. Zaffuto_____
                  Warren D. Zaffuto