**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general,

       Plaintiff,

vs.                                            CASE NO.  6:10-CV-117-ORL-19KRS

EQUIFAX INFORMATION SERVICES LLC,
et al.,

       Defendants.

## ORDER

The Plaintiff LARRY RUMBOUGH has modified the certification required in Paragraph 5 of the Order on Interested Persons and Corporate Disclosure (Doc. No. 3, filed February 1, 2010) to state "I hereby certify, **except as disclosed above**, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict." (Doc. No. 5, filed February 24, 2010).  **Within ten (10) days** from the date of this Order the Plaintiff, LARRY RUMBOUGH, shall advise the Court of the actual or potential conflict of interest of the presiding judicial officers referenced in Docket Number 5.

**DONE AND ORDERED** at Orlando, Florida, this   2d    day of March, 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record