

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

-v-

Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO FIRSTSOURCE ADVANTAGE, LLC

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant Firstsource has been settled. Plaintiff has signed a Release and has received the settlement check from Firstsource. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice Firstsource from this action.

Dated: March 1, 2010

Respectfully submitted,

*/s/ Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 1st day of March, 2010 by U.S. Mail delivery to:

James Duke
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

_____
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859