# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

        Plaintiff,

v.                                   Case No. 6:10-cv-0117-ORL-19KRS

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD, CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

        Defendants.

_____/

## DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, NCO Financial Systems, Inc. ("NCO"), through counsel and pursuant to the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the Complaint filed by plaintiff, Larry Rumbough ("Plaintiff"), and states:

## PRELIMINARY STATEMENT

1.      NCO admits Plaintiff purports to bring this action for alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*; the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559 (Part VI), *et seq.*, but denies any and all liability, damages, and wrongdoing under the law.

2.      NCO denies the allegations in ¶ 2.

3.      NCO denies the allegations in ¶ 3.

4.      NCO denies the allegations in ¶ 4.

## JURISDICTION AND VENUE

5.      Upon information and belief, NCO admits the allegations in ¶ 5, but for jurisdictional purposes only.

6.      NCO denies the allegations in ¶ 6 for lack of knowledge or information sufficient to form a belief therein.

7.      NCO denies the allegations in ¶ 7.

8.      Upon information and belief, NCO admits the allegations in ¶ 8.

9.      NCO denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10.    NCO denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein.

11.    NCO denies the allegations in ¶ 11 for lack of knowledge or information sufficient to form a belief therein.

12.    NCO denies the allegations in ¶ 12 for lack of knowledge or information sufficient to form a belief therein.

13.    NCO denies the allegations in ¶ 13 for lack of knowledge or information sufficient to form a belief therein.

14.    NCO denies the allegations in ¶ 14 for lack of knowledge or information sufficient to form a belief therein.

15.    NCO denies the allegations in ¶ 15 for lack of knowledge or information sufficient to form a belief therein.

16.    NCO denies the allegations in ¶ 16 for lack of knowledge or information sufficient to form a belief therein.

17.    NCO denies the allegations in ¶ 17 for lack of knowledge or information sufficient to form a belief therein.

18.    NCO denies the allegations in ¶ 18 for lack of knowledge or information sufficient to form a belief therein.

19.    NCO denies the allegations in ¶ 19 for lack of knowledge or information sufficient to form a belief therein.

20.    NCO denies the allegations in ¶ 20 for lack of knowledge or information sufficient to form a belief therein.

21.     NCO denies the allegations in ¶ 21 for lack of knowledge or information sufficient to form a belief therein.

22.     NCO denies the allegations in ¶ 22 for lack of knowledge or information sufficient to form a belief therein.

23.     NCO denies the allegations in ¶ 23 for lack of knowledge or information sufficient to form a belief therein.

24.     NCO denies the allegations in ¶ 24 for lack of knowledge or information sufficient to form a belief therein.

25.     NCO denies the allegations in ¶ 25 for lack of knowledge or information sufficient to form a belief therein.

26.     NCO denies the allegations in ¶ 26 for lack of knowledge or information sufficient to form a belief therein.

27.     NCO denies the allegations in ¶ 27 for lack of knowledge or information sufficient to form a belief therein.

28.     NCO denies the allegations in ¶ 28 for lack of knowledge or information sufficient to form a belief therein.

29.     NCO denies the allegations in ¶ 29 for lack of knowledge or information sufficient to form a belief therein.

30.     NCO admits the allegations in ¶ 30.

31.     NCO denies the allegations in ¶ 31 for lack of knowledge or information sufficient to form a belief therein.

32.    NCO denies the allegations in ¶ 32 for lack of knowledge or information sufficient to form a belief therein.

33.    Upon information and belief, NCO admits the allegations in ¶ 33.

34.    NCO denies the allegations in ¶ 34 for lack of knowledge or information sufficient to form a belief therein.

35.    NCO denies the allegations in ¶ 35 for lack of knowledge or information sufficient to form a belief therein.

36.    NCO denies the allegations in ¶ 36 for lack of knowledge or information sufficient to form a belief therein.

37.    NCO denies the allegations in ¶ 37 for lack of knowledge or information sufficient to form a belief therein.

38.    NCO denies the allegations in ¶ 38 for lack of knowledge or information sufficient to form a belief therein.

39.    NCO denies the allegations in ¶ 39 for lack of knowledge or information sufficient to form a belief therein.

40.    NCO denies the allegations in ¶ 40 for lack of knowledge or information sufficient to form a belief therein.

41.    NCO denies the allegations in ¶ 41 for lack of knowledge or information sufficient to form a belief therein.

42.    NCO denies the allegations in ¶ 42 for lack of knowledge or information sufficient to form a belief therein.

43.    NCO denies the allegations in ¶ 43 for lack of knowledge or information sufficient to form a belief therein.

44.    NCO denies the allegations in ¶ 44 for lack of knowledge or information sufficient to form a belief therein.

45.    NCO denies the allegations in ¶ 45.

## FACTUAL ALLEGATIONS

46.    The allegations in ¶ 46 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 46.

47.    The allegations in ¶ 47 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 47.

48.    The allegations in ¶ 48 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 48.

49.    The allegations in ¶ 49 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 49.

50.    The allegations in ¶ 50 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 50.

51.    The allegations in ¶ 51 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 51.

52.    The allegations in ¶ 52 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 52.

53.    The allegations in ¶ 53 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 53.

54.     The allegations in ¶ 54 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 54.

55.     The allegations in ¶ 55 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 55.

56.     The allegations in ¶ 56 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 56.

57.     The allegations in ¶ 57 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 57.

58.     The allegations in ¶ 58 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 58.

59.     The allegations in ¶ 59 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 59.

60.     The allegations in ¶ 60 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 60.

61.     The allegations in ¶ 61 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 61.

62.     The allegations in ¶ 62 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 62.

63.     The allegations in ¶ 63 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 63.

64.     The allegations in ¶ 64 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 64.

65.     The allegations in ¶ 65 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 65.

66.     The allegations in ¶ 66 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 66.

67.     The allegations in ¶ 67 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 67.

68.     The allegations in ¶ 68 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 68.

69.     The allegations in ¶ 69 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 69.

70.     The allegations in ¶ 70 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 70.

71.     The allegations in ¶ 71 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 71.

72.     The allegations in ¶ 72 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 72.

73.     The allegations in ¶ 73 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 73.

74.     The allegations in ¶ 74 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 74.

75.     The allegations in ¶ 75 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 75.

76.     The allegations in ¶ 76 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 76.

77.     The allegations in ¶ 77 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 77.

78.     The allegations in ¶ 78 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 78.

79.     The allegations in ¶ 79 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 79.

80.     The allegations in ¶ 80 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 80.

81.     The allegations in ¶ 81 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 81.

82.     The allegations in ¶ 82 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 82.

83.     The allegations in ¶ 83 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 83.

84.     The allegations in ¶ 84 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 84.

85.     The allegations in ¶ 85 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 85.

86.     The allegations in ¶ 86 are not directed to NCO. To the extent a response is required, NCO denies the allegations in ¶ 86.

87.     The allegations in ¶ 87 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 87.

88.     The allegations in ¶ 88 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 88.

89.     The allegations in ¶ 89 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 89.

90.     The allegations in ¶ 90 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 90.

91.     The allegations in ¶ 91 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 91.

92.     The allegations in ¶ 92 are not directed to NCO.  To the extent a response is required, PCA denies the allegations in ¶ 92.

93.     The allegations in ¶ 93 are not directed to PCA.  To the extent a response is required, NCO denies the allegations in ¶ 93.

94.     The allegations in ¶ 94 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 94.

95.     The allegations in ¶ 95 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 95.

96.     The allegations in ¶ 96 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 96.

97.     The allegations in ¶ 97 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 97.

98.    The allegations in ¶ 98 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 98.

99.    The allegations in ¶ 99 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 99.

100.    The allegations in ¶ 100 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 100.

101.    The allegations in ¶ 101 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 101.

102.    The allegations in ¶ 102 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 102.

103.    The allegations in ¶ 103 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 103.

104.    The allegations in ¶ 104 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 104.

105.    The allegations in ¶ 105 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 105.

106.    The allegations in ¶ 106 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 106.

107.    The allegations in ¶ 107 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 107.

108.    The allegations in ¶ 108 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 108.

109.   The allegations in ¶ 109 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 109.

110.   The allegations in ¶ 110 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 110.

111.   The allegations in ¶ 111 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 111.

112.   The allegations in ¶ 112 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 112.

113.   The allegations in ¶ 113 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 113.

114.   The allegations in ¶ 114 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 114.

115.   The allegations in ¶ 115 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 115.

116.   The allegations in ¶ 116 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 116.

117.   The allegations in ¶ 117 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 117.

118.   The allegations in ¶ 118 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 118.

119.   The allegations in ¶ 119 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 119.

120.   The allegations in ¶ 120 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 120.

121.   The allegations in ¶ 121 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 121.

122.   The allegations in ¶ 122 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 122.

123.   The allegations in ¶ 123 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 123.

124.   The allegations in ¶ 124 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 124.

125.   The allegations in ¶ 125 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 125.

126.   The allegations in ¶ 126 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 126.

127.   The allegations in ¶ 127 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 127.

128.   The allegations in ¶ 128 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 128.

129.   The allegations in ¶ 129 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 129.

130.   The allegations in ¶ 130 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 130.

131.    The allegations in ¶ 131 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 131.

132.    NCO denies the allegations in ¶ 132.

133.    NCO denies the allegations in ¶ 133.

134.    NCO denies the allegations in ¶ 134.

135.    The allegations in ¶ 135 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 135.

136.    The allegations in ¶ 136 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 136.

137.    The allegations in ¶ 137 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 137.

138.    The allegations in ¶ 138 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 138.

139.    The allegations in ¶ 139 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 139.

140.    The allegations in ¶ 140 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 140.

141.    The allegations in ¶ 141 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 141.

142.    The allegations in ¶ 142 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 142.

143.    The allegations in ¶ 143 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 143.

144.    The allegations in ¶ 144 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 144.

145.    The allegations in ¶ 145 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 145.

146.    The allegations in ¶ 146 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 146.

147.    The allegations in ¶ 147 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 147.

148.    The allegations in ¶ 148 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 148.

149.    The allegations in ¶ 149 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 149.

150.    The allegations in ¶ 150 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 150.

151.    The allegations in ¶ 151 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 151.

152.    The allegations in ¶ 152 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 152.

153.    The allegations in ¶ 153 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 153.

154.    The allegations in ¶ 154 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 154.

155.    The allegations in ¶ 155 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 155.

156.    The allegations in ¶ 156 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 156.

157.    The allegations in ¶ 157 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 157.

158.    The allegations in ¶ 158 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 158.

159.    The allegations in ¶ 159 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 159.

160.    The allegations in ¶ 160 are not directed to NCO.  To the extent a response is required, PCA denies the allegations in ¶ 160.

161.    The allegations in ¶ 161 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 161.

162.    The allegations in ¶ 162 are not directed to PCA.  To the extent a response is required, NCO denies the allegations in ¶ 162.

163.    The allegations in ¶ 163 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 163.

164.    The allegations in ¶ 164 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 164.

165.   The allegations in ¶ 165 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 165.

166.   The allegations in ¶ 166 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 166.

167.   The allegations in ¶ 167 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 167.

168.   The allegations in ¶ 168 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 168.

169.   The allegations in ¶ 169 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 169.

170.   The allegations in ¶ 170 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 170.

171.   The allegations in ¶ 171 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 171.

172.   The allegations in ¶ 172 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 172.

173.   The allegations in ¶ 173 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 173.

174.   The allegations in ¶ 174 are not directed to PCA.  To the extent a response is required, PCA denies the allegations in ¶ 174.

175.   The allegations in ¶ 175 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 175.

176.   The allegations in ¶ 176 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 176.

177.   The allegations in ¶ 177 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 177.

178.   The allegations in ¶ 178 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 178.

179.   NCO denies the allegations in ¶ 179.

180.   NCO denies the allegations in ¶ 180.

181.   NCO denies the allegations in ¶ 181.

**COUNT I**
**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA)**

182.   NCO reasserts the foregoing as if fully stated herein.

183.   NCO denies the allegations in ¶ 183 as calling for a legal conclusion.

184.   NCO denies the allegations in ¶ 184 as calling for a legal conclusion.

185.   NCO denies the allegations in ¶ 185 as calling for a legal conclusion.

186.   The allegations in ¶ 186 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 186.

187.   The allegations in ¶ 187 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 187.

188.   § 1681(n) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 188 state otherwise, they are denied.

189.   § 1681(b) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 189 state otherwise, they are denied.

190.   § 1681i(a) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 190 state otherwise, they are denied.

191.   § 1681i(b) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 191 state otherwise, they are denied.

192.   § 1681i(c) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 192 state otherwise, they are denied.

193.   § 1681b(f) speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 193 state otherwise, they are denied.

194.   § 1681s-2 speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 194 state otherwise, they are denied.

195.   § 1681s-2 speaks for itself and is the best evidence of its contents.  To the extent that the allegations in ¶ 195 state otherwise, they are denied.

196.   The allegations in ¶ 196 are not directed to NCO.  To the extent a response is required, NCO denies the allegations in ¶ 196.

197.   NCO denies the allegations in ¶ 197, including subparts a-b.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)**

198.   NCO reasserts the foregoing as if fully stated herein.

199.   NCO denies the allegations in ¶ 199 as calling for a legal conclusion.

200.   NCO denies the allegations in ¶ 200 as calling for a legal conclusion.

201.   NCO denies the allegations in ¶ 201, including subparts a-i.

**COUNT III**
**VIOLATION OF THE FLORIDA CONSUMER COLLECTION**
**PRACTICES ACT (FCCPA)**

202.   NCO reasserts the foregoing as if fully stated herein.

203.   NCO denies the allegations in ¶ 203 as calling for a legal conclusion.

204.   NCO denies the allegations in ¶ 204 as calling for a legal conclusion.

205.   NCO denies the allegations in ¶ 205, including subparts a-e.

**COUNT IV**
**INJUNCTIVE RELIEF**

206.   NCO reasserts the foregoing as if fully stated herein.

207.   NCO denies the allegations in ¶ 207.

208.   NCO denies the allegations in ¶ 208.

209.   NCO denies the allegations in ¶ 209.

210.   NCO denies the allegations in ¶ 210.

**NCO'S AFFIRMATIVE DEFENSES**

1.   To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2.   NCO denies any liability; however, regardless of liability, Plaintiff has suffered no actual damages as a result of NCO's purported violations.

3.   One or more claims asserted by Plaintiff is barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4.     Assuming that Plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5.     Any harm suffered by Plaintiff was legally and proximately caused by persons or entities other than NCO and were beyond the control or supervision of NCO or for whom NCO was and is not responsible or liable.

6.     Plaintiff has failed to state a claim against NCO upon which relief may be granted.

WHEREFORE, Defendant, NCO Financial Systems, Inc., requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

Respectfully submitted,

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2463
Facsimile:   (866) 466-3140
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz
eblanco@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March 2010, a copy of the foregoing was filed

electronically in the ECF system.  Notice of this filing will be sent to the parties of record

by operation of the Court's electronic filing system, including Plaintiff's counsel as

described below.  Parties may access this filing through the Court's system.

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL  32828
*Pro Se Plaintiff*

Dale T. Golden, Esq.
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606
*Attorney for Defendant, AllianceOne*

Richard B. Weinman, Esq.
Winderweedle, Haines, Ward & Woodman, PA
390 N. Orange Avenue, Suite 1500
P.O. Box 1391
Orlando, FL 32802-1391
*Attorney for Defendant, ChexSystems*

/s/ Dayle M. Van Hoose
Attorney

\\sfnfs02\prolawdocs\6947\6947-14155-00004\Rumbough, Larry (Pro Se)\74148.doc