# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

Plaintiff,

-vs-                                                         Case No. 6:10-cv-117-Orl-19KRS

EQUIFAX INFORMATION SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, CBC COMPANIES, CHEXSYSTEMS COLLECTION AGENCY, INC., LEXISNEXIS RISK SOLUTIONS FL, INC., LEXISNEXIS SCREENING SOLUTIONS, INC., JEFFERSON CAPITAL SYSTEMS, LLC, MANN BRACKEN, LLC, LAW OFFICES OF ERSKINE & FLEISHER, BANK OF AMERICA CORPORATION, HSBC CARD SERVICES, INC., CHECKNET, JP MORGAN CHASE & CO., CAPITAL MANAGEMENT SERVICES, LP, FIRSTSOURCE ADVANTAGE, LLC, PFG OF MINNESOTA, INC., RICHARD J. BOUDREAU & ASSOCIATES, LLC, ALLIANCEONE RECEIVABLE MANAGEMENT, INC., REGIONS BANK, GE CAPITAL LLC, NCO FINANCIAL SYSTEMS, INC., B-LINE, LLC, B-REAL, LLC, PHILLIPS & COHEN ASSOCIATES, LTD. CORPORATION, AVALON FINANCIAL SERVICES, LLC, CAPITAL ONE BANK, FIRST PREMIER BANK, COLLECTCORP CORPORATION, SUNTRUST BANK, ACS EDUCATION SERVICES, INC., NATIONAL RECOVERY AGENCY, INC., LEADING EDGE RECOVERY SOLUTIONS, LLC, GALAXY PORTFOLIOS, LLC, AMERICAN EXPRESS COMPANY, CITIFINANCIAL, INC.,

Defendants.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **B-Real, LLC and Avalon Financial Systems, Inc.** in Orlando, Florida on this 5th day of March, 2010.

SHERYL L. LOESCH, CLERK

By:   s/R. Olsen, Deputy Clerk

Copies furnished to:

Counsel of Record