# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:10-cv-117-Orl-19KRS**

**EQUIFAX INFORMATION SERVICES, INC., et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **APPLICATION TO CLERK FOR ENTRY OF DEFAULT AS TO NCO FINANCIAL SYSTEMS, INC. (Doc. No. 21)**
>
> **FILED:**     March 4, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendant NCO Financial Systems, Inc., filed an answer to Plaintiff's complaint on March 5, 2010. Doc. No. 24.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2010.

                                                        *Karla R. Spaulding*
                                                   KARLA R. SPAULDING
                                    UNITED STATES MAGISTRATE JUDGE