# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated
as a private attorney general,

        Plaintiff,

v.                                                                 Case No. 6:10-cv-0117

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD, CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

        Defendants.
_____/

**DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, NCO Financial Systems, Inc. ("NCO"), through the undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**RESPONSE:**   The following persons have an interest in the outcome of this action:

    Larry Rumbough - Plaintiff
    840 Lilac Trace Lane
    Orlando, FL  32828

    NCO Financial Systems, Inc.
    c/o counsel for Defendant
    Dayle M. Van Hoose, Esq.
    Sessions, Fishman, Nathan & Israel, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, FL 33618
    Telephone No.: 813-890-2463

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**RESPONSE:**   NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation.  JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation.  All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation.  Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock.  One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**RESPONSE:**   N/A.

4.  The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**RESPONSE:** Plaintiff alleges violations of the Fair Credit Reporting Act, Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act.  NCO denies any and all liability or wrongdoing.

5.  Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

or

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

                  Respectfully submitted,

/s/ Dayle M. Van Hoose  
Dayle M. Van Hoose, Esq.  
Florida Bar No.: 016277  
Kenneth C. Grace, Esq.  
Florida Bar No.: 0658464  
Elizabeth Fite Blanco, Esq.  
Florida Bar No.: 0644439  
Sessions, Fishman, Nathan & Israel, L.L.C.  
3350 Buschwood Park Drive, Suite 195  
Tampa, FL 33618  
Telephone:   (813) 890-2463  
Facsimile:    (866) 466-3140  
dvanhoose@sessions-law.biz  
kgrace@sessions-law.biz  
eblanco@sessions-law.biz  

Attorneys for Defendant,  
NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of March 2010, a copy of the foregoing was filed electronically in the ECF system. A true and correct copy has been sent to Plaintiff via U.S. Mail and Notice of this filing has be sent to the parties of record by operation of the Court's electronic filing system, as described below. Parties may access this filing through the Court's system.

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
*Pro Se Plaintiff*

Richard B. Weinman, Esq.
Winderweedle, Haines, Ward & Woodman, PA
390 N. Orange Avenue, Suite 1500
P.O. Box 1391
Orlando, FL 32802-1391
*Attorney for Defendant, ChexSystems*

Dale T. Golden, Esq.
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606
*Attorney for Defendant, AllianceOne*

Harvey W. Gurland, Jr., Esq.
Warren D. Zaffuto, Esq.
Duane Morris, LLP
200 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318
*Attorneys for Defendant, Jefferson Capital*

/s/ Dayle M. Van Hoose
Attorney

\\sfnfs02\prolawdocs\8985\8985-25680\Rumbough, Larry (Pro Se)\75942.doc