**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH, individually
and on behalf of others similarly situated
as a private attorney general,

       Plaintiff,

v.    Case No. 6:10-cv-0117

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD, CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

       Defendants.
_____/

**DEFENDANT, PHILLIPS & COHEN ASSOCIATES, LTD'S,**
**AMENDED CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Phillips & Cohen Associates, Ltd. ("PCA"), through the undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**RESPONSE:** The following persons have an interest in the outcome of this action:

Larry Rumbough - Plaintiff
840 Lilac Trace Lane
Orlando, FL  32828

Phillips & Cohen Associates, Ltd.
c/o counsel for Defendant
Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone No.: 813-890-2463

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**RESPONSE:** PCA does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**RESPONSE:** N/A.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**RESPONSE:** Plaintiff alleges violations of the Fair Credit Reporting Act, Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act.  PCA denies any and all liability or wrongdoing.

5.     Check one of the following:

     **X**    a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

                                              or

     _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

                                             Respectfully submitted,

                                             /s/ Dayle M. Van Hoose
                                             Dayle M. Van Hoose, Esq.
                                             Florida Bar No.: 016277
                                             Kenneth C. Grace, Esq.
                                             Florida Bar No.: 0658464
                                             Elizabeth Fite Blanco, Esq.
                                             Florida Bar No.: 0644439
                                             Sessions, Fishman, Nathan & Israel, L.L.C.
                                             3350 Buschwood Park Drive, Suite 195
                                             Tampa, FL 33618
                                             Telephone:    (813) 890-2463
                                             Facsimile:     (866) 466-3140
                                             dvanhoose@sessions-law.biz
                                             kgrace@sessions-law.biz
                                             eblanco@sessions-law.biz

                                             Attorneys for Defendant,
                                             Phillips & Cohen Associates, Ltd.

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of March 2010, a copy of the foregoing was filed electronically in the ECF system. A true and correct copy has been sent to Plaintiff via U.S. Mail and Notice of this filing has be sent to the parties of record by operation of the Court's electronic filing system, as described below. Parties may access this filing through the Court's system.

| | |
|---|---|
| Larry Rumbough<br>840 Lilac Trace Lane<br>Orlando, FL  32828<br>*Pro Se Plaintiff* | Richard B. Weinman, Esq.<br>Winderweedle, Haines, Ward & Woodman, PA<br>390 N. Orange Avenue, Suite 1500<br>P.O. Box 1391<br>Orlando, FL 32802-1391<br>*Attorney for Defendant, ChexSystems* |
| Dale T. Golden, Esq.<br>Golden & Scaz, PLLC<br>2124 W. Kennedy Boulevard, Suite A<br>Tampa, FL 33606<br>*Attorney for Defendant, AllianceOne* | Harvey W. Gurland, Jr., Esq.<br>Warren D. Zaffuto, Esq.<br>Duane Morris, LLP<br>200 S. Biscayne Boulevard, Suite 3400<br>Miami, FL 33131-2318<br>*Attorneys for Defendant, Jefferson Capital* |

/s/ Dayle M. Van Hoose
Attorney

\\sfnfs02\prolawdocs\6947\6947-14155-00004\Rumbough, Larry (Pro Se)\75938.doc