UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

-v-

Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CAPITAL MANAGEMENT SERVICES, LP

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant Capital Management has been settled. Plaintiff has signed a Release and has received the settlement check from Capital Management. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice Capital Management from this action.

Dated: March 11, 2010

Respectfully submitted,

_____
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 11th day of March, 2010 by U.S. Mail delivery to:

Cory Magnuson
Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859