**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,            **CASE NO.: 6:10-cv-117-ORL-19KRS**

    Plaintiff,                 **Civil Action**

vs.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT ALLLIANCEONE, INC**

    I hereby disclose the following Interested Persons and Corporate Disclosure Statement:

1)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    LARRY RUMBOUGH
    Pro Se Plaintiff
    840 Lilac Trace Lane
    Orlando, FL 32828

    ALLIANCEONE, INC.
    Counsel for Defendant – DALE T. GOLDEN
                           **GOLDEN & SCAZ, PLLC**
                           Dale T. Golden, Esquire
                           2124 W. Kennedy Blvd., Suite A
                           Tampa, FL  33606
                           Phone:  813-251-5500
                           Fax:  813-251-3675

2)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None.*

3)      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

*None.*

4)      The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

LARRY RUMBOUGH

5)      Check one of the following:

__X__   a)  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

_____   b)  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted,

___/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE
**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 12th day of March, 2010.

                                                     ___/s/ Dale T. Golden_____
                                                     DALE T. GOLDEN, ESQUIRE