**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,　　　　　　　　**CASE NO.: 6:10-cv-117-ORL-19KRS**

　　　　Plaintiff,　　　　　　　　**Civil Action**

vs.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

　　　　Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

　　　　In accordance with Local Rule 1.04(c), Defendant ALLIANCEONE, INC. and hereby certifies that the instant action

_____ IS　　　related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

　　　　_____
　　　　_____

__X__ IS NOT　　related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

　　　　I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

　　　　Dated:  March 12, 2010

Respectfully submitted,

\_\_\_/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE
**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606
813-251-5500 (p)
813-251-3675 (f)
dale.golden@goldenscaz.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 12th day of March, 2010.

\_\_\_/s/ Dale T. Golden_____
DALE T. GOLDEN, ESQUIRE