**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH, individually, et al.,

    Plaintiff,

vs.                                                   Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES, LLC; et al.

    Defendants.

_____/

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

    In accordance with Local Rule 1.04(c), Defendant, CHEXSYSTEMS COLLECTION

AGENCY, INC., hereby certifies that the instant action

_____ IS     related to pending or closed civil criminal case(s) previously filed in this Court, or
           any other Federal or State court, or administrative agency as indicated below:

           _____
           _____

_X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any
           other Federal or State Court, or administrative agency.

    I further certify that I have served a copy of this Notice of Pendency of Other Actions upon

each party appearing in this case, and will serve copies on any additional parties appearing in this

case no later than eleven days after such appearance.

    Dated: March 12, 2010

                                    */s/ Richard B. Weinman*
                                    RICHARD B. WEINMAN

Florida Bar No. 0231370
rweinman@whww.com
**WINDERWEEDLE, HAINES, WARD
  & WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014 (facsimile)
Attorneys for ChexSystems
Collection Agency, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 12th day of March, 2010, a true and correct copy of the foregoing has been furnished via ECF electronic transmission to all parties and via U.S. Mail to Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828.

*/s/ Richard B. Weinman*
RICHARD B. WEINMAN