UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiffs,

v.

             Case No. 6:10-CV-117-ORL-19KRS

EQUIFAX INFORMATION SERVICES
LLC, et al.,

    Defendants.

_____/

## BAC'S CORRECTED ANSWER AND AFFIRMATIVE DEFENSES
### (Corrected to add mail service to Plaintiff and electronic signature of counsel)

Defendant Bank of America Corporation ("BAC")[1] answers the Complaint as follows:

### PRELIMINARY STATEMENT

1.  Admitted for jurisdictional purposes only; otherwise denied.

2.  Without sufficient knowledge to admit or deny; therefore denied.

3.  Denied that Plaintiff made the alleged demands to BAC.  Without sufficient knowledge to admit or deny the remaining allegations in this paragraph; therefore denied.

4.  Denied that BAC engaged in the practices alleged.  Without sufficient knowledge to admit or deny the remaining allegations in this paragraph; therefore denied.

---

[1] Bank of America Corporation ("BAC") is not the proper party to this action.  The proper party, if any, to Plaintiffs' claims is FIA Card Services, N.A. ("FIA"), a wholly-owned subsidiary of BAC.  FIA is the credit card bank popularly known under the trade name of "Bank of America."  BAC is not a bank.  It does not have the ability to engage in financial banking transactions, to extend credit, or to issue credit cards, nor does it engage in the collection of consumer debt.  Therefore, BAC has no knowledge of the specific allegations pertaining to Plaintiff's claims and its Answer is limited accordingly.

## JURISDICTION AND VENUE

5.      Admitted for jurisdictional purposes only; otherwise denied.

6.      Admitted for venue purposes only; otherwise denied.

7.      Admitted for jurisdictional purposes only; otherwise denied.

8.      Without sufficient knowledge to admit or deny; therefore denied.

9.      Without sufficient knowledge to admit or deny; therefore denied.

10.     Without sufficient knowledge to admit or deny; therefore denied.

11.     Without sufficient knowledge to admit or deny; therefore denied.

12.     Without sufficient knowledge to admit or deny; therefore denied.

13.     Without sufficient knowledge to admit or deny; therefore denied.

14.     Without sufficient knowledge to admit or deny; therefore denied.

15.     Without sufficient knowledge to admit or deny; therefore denied.

16.     Without sufficient knowledge to admit or deny; therefore denied.

17.     Without sufficient knowledge to admit or deny; therefore denied.

18.     Admitted that BAC is a Delaware corporation.  Denied that BAC conducts

business in Florida.

19.     Without sufficient knowledge to admit or deny; therefore denied.

20.     Without sufficient knowledge to admit or deny; therefore denied.

21.     Without sufficient knowledge to admit or deny; therefore denied.

22.     Without sufficient knowledge to admit or deny; therefore denied.

23.     Without sufficient knowledge to admit or deny; therefore denied.

24.     Without sufficient knowledge to admit or deny; therefore denied.

25.     Without sufficient knowledge to admit or deny; therefore denied.

26.     Without sufficient knowledge to admit or deny; therefore denied.

27.     Without sufficient knowledge to admit or deny; therefore denied.

28.     Without sufficient knowledge to admit or deny; therefore denied.

29.     Without sufficient knowledge to admit or deny; therefore denied.

30.     Without sufficient knowledge to admit or deny; therefore denied.

31.     Without sufficient knowledge to admit or deny; therefore denied.

32.     Without sufficient knowledge to admit or deny; therefore denied.

33.     Without sufficient knowledge to admit or deny; therefore denied.

34.     Without sufficient knowledge to admit or deny; therefore denied.

35.     Without sufficient knowledge to admit or deny; therefore denied.

36.     Without sufficient knowledge to admit or deny; therefore denied.

37.     Without sufficient knowledge to admit or deny; therefore denied.

38.     Without sufficient knowledge to admit or deny; therefore denied.

39.     Without sufficient knowledge to admit or deny; therefore denied.

40.     Without sufficient knowledge to admit or deny; therefore denied.

41.     Without sufficient knowledge to admit or deny; therefore denied.

42.     Without sufficient knowledge to admit or deny; therefore denied.

43.     Without sufficient knowledge to admit or deny; therefore denied.

44.     Without sufficient knowledge to admit or deny; therefore denied.

45.     Admitted.

## FACTUAL ALLEGATIONS

46.     Without sufficient knowledge to admit or deny; therefore denied.

47.     Without sufficient knowledge to admit or deny; therefore denied.

48.     Without sufficient knowledge to admit or deny; therefore denied.

49.     Without sufficient knowledge to admit or deny; therefore denied.

50.   Without sufficient knowledge to admit or deny; therefore denied.

51.   Without sufficient knowledge to admit or deny; therefore denied.

52.   Without sufficient knowledge to admit or deny; therefore denied.

53.   Without sufficient knowledge to admit or deny; therefore denied.

54.   Without sufficient knowledge to admit or deny; therefore denied.

55.   Without sufficient knowledge to admit or deny; therefore denied.

56.   Without sufficient knowledge to admit or deny; therefore denied.

57.   Without sufficient knowledge to admit or deny; therefore denied.

58.   Without sufficient knowledge to admit or deny; therefore denied.

59.   Without sufficient knowledge to admit or deny; therefore denied.

60.   Without sufficient knowledge to admit or deny; therefore denied.

61.   Without sufficient knowledge to admit or deny; therefore denied.

62.   Without sufficient knowledge to admit or deny; therefore denied.

63.   Without sufficient knowledge to admit or deny; therefore denied.

64.   Without sufficient knowledge to admit or deny; therefore denied.

65.   Without sufficient knowledge to admit or deny; therefore denied.

66.   Without sufficient knowledge to admit or deny; therefore denied.

67.   Without sufficient knowledge to admit or deny; therefore denied.

68.   Without sufficient knowledge to admit or deny; therefore denied.

69.   Without sufficient knowledge to admit or deny; therefore denied.

70.   Without sufficient knowledge to admit or deny; therefore denied.

71.   Denied.

72.     Denied that Plaintiff had any knowledge of or duty to investigate the alleged disputes.  BAC does not extend credit or issue credit cards, nor does it engage in the collection of consumer debt or furnish credit information to credit reporting agencies.

73.     Denied.  BAC does not extend credit or issue credit cards, nor does it engage in the collection of consumer debt or furnish credit information to credit reporting agencies.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Without sufficient knowledge to admit or deny; therefore denied.

78.     Without sufficient knowledge to admit or deny; therefore denied.

79.     Without sufficient knowledge to admit or deny; therefore denied.

80.     Without sufficient knowledge to admit or deny; therefore denied.

81.     Without sufficient knowledge to admit or deny; therefore denied.

82.     Without sufficient knowledge to admit or deny; therefore denied.

83.     Without sufficient knowledge to admit or deny; therefore denied.

84.     Without sufficient knowledge to admit or deny; therefore denied.

85.     Without sufficient knowledge to admit or deny; therefore denied.

86.     Without sufficient knowledge to admit or deny; therefore denied.

87.     Without sufficient knowledge to admit or deny; therefore denied.

88.     Without sufficient knowledge to admit or deny; therefore denied.

89.     Without sufficient knowledge to admit or deny; therefore denied.

90.     Without sufficient knowledge to admit or deny; therefore denied.

91.     Without sufficient knowledge to admit or deny; therefore denied.

92.     Without sufficient knowledge to admit or deny; therefore denied.

93.     Without sufficient knowledge to admit or deny; therefore denied.

94.     Without sufficient knowledge to admit or deny; therefore denied.

95.     Without sufficient knowledge to admit or deny; therefore denied.

96.     Without sufficient knowledge to admit or deny; therefore denied.

97.     Without sufficient knowledge to admit or deny; therefore denied.

98.     Without sufficient knowledge to admit or deny; therefore denied.

99.     Without sufficient knowledge to admit or deny; therefore denied.

100.    Without sufficient knowledge to admit or deny; therefore denied.

101.    Without sufficient knowledge to admit or deny; therefore denied.

102.    Without sufficient knowledge to admit or deny; therefore denied.

103.    Without sufficient knowledge to admit or deny; therefore denied.

104.    Without sufficient knowledge to admit or deny; therefore denied.

105.    Without sufficient knowledge to admit or deny; therefore denied.

106.    Without sufficient knowledge to admit or deny; therefore denied.

107.    Without sufficient knowledge to admit or deny; therefore denied.

108.    Without sufficient knowledge to admit or deny; therefore denied.

109.    Without sufficient knowledge to admit or deny; therefore denied.

110.    Without sufficient knowledge to admit or deny; therefore denied.

111.    Without sufficient knowledge to admit or deny; therefore denied.

112.    Without sufficient knowledge to admit or deny; therefore denied.

113.    Without sufficient knowledge to admit or deny; therefore denied.

114.    Without sufficient knowledge to admit or deny; therefore denied.

115.    Without sufficient knowledge to admit or deny; therefore denied.

116.    Without sufficient knowledge to admit or deny; therefore denied.

117.    Without sufficient knowledge to admit or deny; therefore denied.

118.    Without sufficient knowledge to admit or deny; therefore denied.

119.    Without sufficient knowledge to admit or deny; therefore denied.

120.    Without sufficient knowledge to admit or deny; therefore denied.

121.    Without sufficient knowledge to admit or deny; therefore denied.

122.    Without sufficient knowledge to admit or deny; therefore denied.

123.    Without sufficient knowledge to admit or deny; therefore denied.

124.    Without sufficient knowledge to admit or deny; therefore denied.

125.    Without sufficient knowledge to admit or deny; therefore denied.

126.    Without sufficient knowledge to admit or deny; therefore denied.

127.    Without sufficient knowledge to admit or deny; therefore denied.

128.    Without sufficient knowledge to admit or deny; therefore denied.

129.    Without sufficient knowledge to admit or deny; therefore denied.

130.    Without sufficient knowledge to admit or deny; therefore denied.

131.    Without sufficient knowledge to admit or deny; therefore denied.

132.    Without sufficient knowledge to admit or deny; therefore denied.

133.    Without sufficient knowledge to admit or deny; therefore denied.

134.    Without sufficient knowledge to admit or deny; therefore denied.

135.    Without sufficient knowledge to admit or deny; therefore denied.

136.    Without sufficient knowledge to admit or deny; therefore denied.

137.    Without sufficient knowledge to admit or deny; therefore denied.

138.    Without sufficient knowledge to admit or deny; therefore denied.

139.    Without sufficient knowledge to admit or deny; therefore denied.

140.    Without sufficient knowledge to admit or deny; therefore denied.

141.    Without sufficient knowledge to admit or deny; therefore denied.

142.    Without sufficient knowledge to admit or deny; therefore denied.

143.    Without sufficient knowledge to admit or deny; therefore denied.

144.    Without sufficient knowledge to admit or deny; therefore denied.

145.    Without sufficient knowledge to admit or deny; therefore denied.

146.    Without sufficient knowledge to admit or deny; therefore denied.

147.    Without sufficient knowledge to admit or deny; therefore denied.

148.    Without sufficient knowledge to admit or deny; therefore denied.

149.    Without sufficient knowledge to admit or deny; therefore denied.

150.    Without sufficient knowledge to admit or deny; therefore denied.

151.    Without sufficient knowledge to admit or deny; therefore denied.

152.    Without sufficient knowledge to admit or deny; therefore denied.

153.    Without sufficient knowledge to admit or deny; therefore denied.

154.    Without sufficient knowledge to admit or deny; therefore denied.

155.    Without sufficient knowledge to admit or deny; therefore denied.

156.    Without sufficient knowledge to admit or deny; therefore denied.

157.    Without sufficient knowledge to admit or deny; therefore denied.

158.    Without sufficient knowledge to admit or deny; therefore denied.

159.    Without sufficient knowledge to admit or deny; therefore denied.

160.    Without sufficient knowledge to admit or deny; therefore denied.

161.   Without sufficient knowledge to admit or deny; therefore denied.

162.   Without sufficient knowledge to admit or deny; therefore denied.

163.   Without sufficient knowledge to admit or deny; therefore denied.

164.   Without sufficient knowledge to admit or deny; therefore denied.

165.   Without sufficient knowledge to admit or deny; therefore denied.

166.   Without sufficient knowledge to admit or deny; therefore denied.

167.   Without sufficient knowledge to admit or deny; therefore denied.

168.   Without sufficient knowledge to admit or deny; therefore denied.

169.   Without sufficient knowledge to admit or deny; therefore denied.

170.   Without sufficient knowledge to admit or deny; therefore denied.

171.   Without sufficient knowledge to admit or deny; therefore denied.

172.   Without sufficient knowledge to admit or deny; therefore denied.

173.   Without sufficient knowledge to admit or deny; therefore denied.

174.   Without sufficient knowledge to admit or deny; therefore denied.

175.   Without sufficient knowledge to admit or deny; therefore denied.

176.   Without sufficient knowledge to admit or deny; therefore denied.

177.   Without sufficient knowledge to admit or deny; therefore denied.

178.   Without sufficient knowledge to admit or deny; therefore denied.

179.   Without sufficient knowledge to admit or deny; therefore denied.

180.   Without sufficient knowledge to admit or deny; therefore denied.

181.   Without sufficient knowledge to admit or deny; therefore denied.

## COUNT I

182.   BAC reasserts its answers to paragraph 1 through 181, above, as if fully restated here.

183.    Calls for a legal conclusion, to which no answer is required.  To the extent that the allegation in this paragraph is deemed a factual averment, BAC is without sufficient knowledge to admit or deny; therefore denied.

184.    Without sufficient knowledge to admit or deny; therefore denied.

185.    Denied.  BAC does not extend credit or issue credit cards, nor does it engage in the collection of consumer debt or furnish credit information to credit reporting agencies.

186.    Without sufficient knowledge to admit or deny; therefore denied.

187.    Without sufficient knowledge to admit or deny; therefore denied.

188.    Denied.

189.    Admitted that 15 U.S.C. § 1681e(b) provides as set forth in the United States Code.

190.    Admitted that 15 U.S.C. § 1681i(a) provides as set forth in the United States Code.

191.    Admitted that 15 U.S.C. § 1681i(b) provides as set forth in the United States Code.

192.    Admitted that 15 U.S.C. § 1681i(c) provides as set forth in the United States Code.

193.    Admitted that 15 U.S.C. § 1681i(f) provides as set forth in the United States Code.

194.    Admitted that 15 U.S.C. § 1681s-2 provides as set forth in the United States Code.

195.    Admitted that 15 U.S.C. § 1681s-2 provides as set forth in the United States Code.

196.    Without sufficient knowledge to admit or deny; therefore denied.

197.    BAC denies the allegations in this paragraph, including its subparts.

**COUNT II**

198.    BAC reasserts its answers to paragraph 1 through 181, above, as if fully restated here.

199.    Calls for a legal conclusion, to which no answer is required.  To the extent that the allegation in this paragraph is deemed a factual averment, BAC is without sufficient knowledge to admit or deny; therefore denied.

200.    Without sufficient knowledge to admit or deny; therefore denied.

201.    Without sufficient knowledge to admit or deny; therefore denied.

**COUNT III**

202.    BAC reasserts its answers to paragraph 1 through 181, above, as if fully restated here.

203.    Calls for a legal conclusion, to which no answer is required.  To the extent that the allegation in this paragraph is deemed a factual averment, BAC is without sufficient knowledge to admit or deny; therefore denied.

204.    Denied.

205.    BAC denies the allegations in this paragraph, including its subparts.  BAC does not extend credit or issue credit cards, nor does it engage in the collection of consumer debt or furnish credit information to credit reporting agencies.

**COUNT IV**

206.    BAC reasserts its answers to paragraph 1 through 181, above, as if fully restated here.

207.    Calls for a legal conclusion, to which no answer is required.  To the extent that the allegation in this paragraph is deemed a factual averment, BAC is without sufficient knowledge to admit or deny; therefore denied.

208.    Without sufficient knowledge to admit or deny; therefore denied.

209.    Without sufficient knowledge to admit or deny; therefore denied.

210.    Calls for a legal conclusion, to which no answer is required.  To the extent that the

allegation in this paragraph is deemed a factual averment, BAC is without sufficient knowledge

to admit or deny; therefore denied.

### BAC'S AFFIRMATIVE DEFENSES

1.    Plaintiff fails to state a claim against BAC upon which relief can be granted for

the reason that BAC does not extend credit or issue credit cards, nor does it engage in the

collection of consumer debt or furnish credit information to credit reporting agencies.

DATED:  March 14, 2010

_s/ Samantha R. Powers_ _____
Christi R. Adams, Florida Bar No. 0498351
cadams@foley.com
Samantha R. Powers, Florida Bar No. 0017453
spowers@foley.com
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL  32801-2386
Telephone:  407.423.7656
Facsimile:  407.648.1743

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on March 14, 2010 I, electronically filed the foregoing  with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.


I further certify that I mailed the foregoing  and the notice of electronic filing by first-class mail to the following non CM/ECF participant:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828


*s/Samantha Powers*
Samantha R. Powers
Florida Bar No. 0017453