UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

   Plaintiffs,

v.               Case No. 6:10-CV-117-ORL-19KRS

EQUIFAX INFORMATION SERVICES
LLC, et al.,

   Defendants.
_____/

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW, the law firm of Foley & Lardner, LLP by and through its undersigned counsel, and files this Notice of Appearance of Christi R. Adams as Additional Counsel for Defendant Bank of America Corporation, and requests that copies of any and all pleadings, correspondence, hearing notices, and other matters in this litigation involving this party be furnished to Christi R. Adams and Samantha R. Powers at the address set forth below.

DATED:  March 16, 2010

           *s/ Christi R. Adams*
           Christi R. Adams, Florida Bar No. 0498351
           cadams@foley.com
           Samantha R. Powers, Florida Bar No. 0017453
           spowers@foley.com
           Foley & Lardner LLP
           111 North Orange Avenue, Suite 1800
           Orlando, FL  32801-2386
           Telephone:  407.423.7656
           Facsimile:  407.648.1743

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all registered CM/ECF participants.

I further certify that I mailed the foregoing and the notice of electronic filing by first-class mail to the following non CM/ECF participant:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

*s/Christi R. Adams*
Samantha R. Powers
Florida Bar No. 0017453