UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　Case Number: 6:10-C-117-ORL-KRS

EQUIFAX INFORMATION SYSTEMS, LLC;
EXPERIN INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC;
LEXISNEXIS RISK SOLUTIONS FL INC.;
JEFFERSON CAPITAL SYSTEMS, LLC.,
MANN BRACKEN, LLC.; LAW OFFICES OF
ERSKINE & FLEISHER; BANK OF AMERICA
CORPORATION; HSBC CARD SERVICES, INC.;
CHECKNET; JPMORGAN CHASE & CO.;
CAPITAL MANAGEMENT SERVICES, LP;
FIRSTSOURCE ADVANTAGE, LLC.;
PFG MMINNESOTA, INC.; RICHARD J. BOUDREAU
& ASSOCIATES, LLC.; ALLIANCEONE RECEIVABLES
MANAGEMENT, FINANCIAL SYSTEMS, INC.;
B-LINE, LLC.; B-REAL LLC; PHILLIPS & COHEN
ASSOCIATES, LTD. CORP.; AVALON FINANCIAL
SERVICES, LLC; CAPITAL ONE BANK FIRST PREMIER
BANK; COLLECTCORP CORPORATION; SUNTRUST BANK;
ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY
AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, LLC;
GALAXY PROFOLIOS, LLC.;
AMERICAN EXPRESS COMPANY; and
CITIFINANCIAL, INC.;
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR THE LAW OFFICES OF ERSKINE & FLEISHER AND REQUEST FOR SERVICE OF ALL DOCUMENTS

COMES NOW, Stanley B. Erskine, of the Law Firm of Erskine & Fleisher and files this Notice of Appearance as counsel for the Defendant the Law Offices of Erskine & Fleisher and request that copies of all pleadings and documentation of a similar type which are filed in the case at bar be forwarded to the undersigned on behalf of the foregoing Defendant.

Dated this 23rd day of March, 2010.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was mailed by 1st Class Mail by Larry Rumbough at 840 Lilac Trace Lace, Orlando, Florida 32828 and filed with the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to counsel of record.

Respectfully Submitted By:
STANLEY B. ERSKINE, Esquire
The Law Offices
ERSKINE & FLEISHER
*Attorneys for the Law Offices of Erskine & Fleisher*
Florida Bar Number: 264547
Suite 300, 55 Weston Road
Fort Lauderdale, Florida 33326
Telephone No. (954) 384-1490
Telecopier No. (954) 384-4088
Email: Customerservice@Eflaw.net

By: _____
STANLEY B. ERSKINE, Esquire