# AmSouth

## Account Package
(Personal Checking/Savings Services)
Member FDIC

**OPEN DATE:** 07/11/2006

**BANK NAME:** Florida
**BRANCH NAME:** WATERFORD LAKES

**1. CUSTOMER NAME:** LAWRENCE RUMBOUGH
**BIRTH DATE:** ████ 1962
**SOCIAL SECURITY #:** 266████

**2. CUSTOMER NAME:**
**3. CUSTOMER NAME:**
**4. CUSTOMER NAME:**

**CUSTOMER ADDRESS:** ████ LILAC TRACE LANE ORLANDO, FL 32828

**CUSTOMER E-MAIL ADDRESS(ES):** lrumbough@████.com

**HOME PHONE:** 407-281-████
**WORK PHONE:**
**ACCOUNT NUMBER:** 0066████
**ACCOUNT NAME:** RelationshipPlus Checking

| INTEREST RATE INFORMATION (IF APPLICABLE) | BALANCE | INTEREST RATE | ANNUAL PERCENTAGE YIELD |
|---|---|---|---|
| THE INTEREST RATE(S) PROVIDED REFLECT THE RATE(S) IN EFFECT AT ACCOUNT OPENING. THE RATE(S) ARE SUBJECT TO CHANGE DAILY. | $100,000 or More | 1.09% | 1.10% |
| | $50,000 - $99,999 | 1.00% | 1.01% |
| | $25,000 - $49,999 | 0.90% | 0.90% |
| | $5,000 - $24,999 | 0.60% | 0.60% |
| | $0 - $4,999 | 0.25% | 0.25% |

By signing below, I authorize the bank named above (the "Bank") to: (a) open the account and service listed below in the name(s) listed on this application for the account and service; (b) transfer funds to my checking account from my designated funding account listed below from time to time for the purpose of providing me with Overdraft Protection as described in our Customer Agreement for Depository Accounts. If I authorize you to transfer funds to my checking account from an AmSouth credit product for the purpose of providing me with Overdraft Protection, I acknowledge and agree that any funds so transferred shall be deemed to be: (1) cash advances if they are transferred from any AmSouth MasterCard® or VISA® and shall be treated as cash advances under the agreement governing such account; and (2) advances if they are transferred from my AmSouth Equity Line of Credit or AmSouth Premium Line of Credit, or AmSouth Credit Line and shall be treated as Advances under the agreement governing such account. By signing below, I also: (a) agree to be bound by the terms of the Bank's customer agreement, rules and regulations, and pricing schedule, as now in force and as amended from time to time hereafter, related to each account or service listed below; (b) acknowledge receipt of a copy of the applicable customer agreement and pricing schedule now in effect; (c) promise that all information on this form is true.

TRUST/PAYABLE ON DEATH ACCOUNTS (STATE OF ALABAMA ONLY): The party(ies) establishing this account reserves the right to revoke this trust account and retains the right to delete, change or add beneficiary(ies) to this type of account.

JOINT ACCOUNTS: If the account is a joint account, withdrawals of funds on deposit may be made in whole or in part upon the order of either or any of the parties authorized below to sign withdrawal orders on the account ("Account Owners") subject to the customer agreement. The Bank shall not be obligated to pay, but in its discretion may pay, any check which causes an account to be overdrawn. All cosigners on a joint account which becomes overdrawn shall be jointly and severally liable for and guarantee payment to the Bank of the full amount of any overdraft regardless of whether such cosigner knew about or participated in the transaction creating the overdraft or received funds or otherwise derived a benefit as a result of the overdraft.

### Signature Card

**Acct. Title:** LAWRENCE RUMBOUGH
**Acct. number:** 00664████
**Acct. Type:** DA 640

1. LAWRENCE RUMBOUGH
   *Lawrence Rumbough*
2.
3.
4.

NOTE: If the account is a joint account, it is owned by the parties whose signatures appear to the right and/or who are added to the account as joint tenants with right of survivorship unless noted differently hereon.

**Thank you for banking with AmSouth**

Customer Requests Overdraft Protection (Sign Below):

Funding Acct. #: _____ Type: _____ (DA, TD, MC, VC, PCL OR ACL)
Funded Acct. #: _____ Type: Checking

Overdraft Protection Funding Account Owner Signature
Overdraft Protection Funding Account Co-Owner Signature

Certification: By signing below, I certify, under penalties of perjury, that: (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

NOTE: You must cross out item (2) above if you have been notified by IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**Customer Signature:** *Lawrence Rumbough*
**Date:** 07/11/2006

Distribution Checking: Original - CMI Oper████
Copy - Customer
Distribution Savings: Original - Branch
2nd Signed Copy -
Copy - Customer

Form #62100xx
Rev 09/2003


EXHIBIT A

# REGIONS
## Account Package
### (Personal Checking/Savings Services)
Member FDIC

01/15/2008
OPEN DATE

**Florida**
STATE

**WATERFORD LAKES**
BRANCH NAME

**LAWRENCE RUMBOUGH**
1. CUSTOMER NAME

[____]1962
BIRTH DATE

265[____]
SOCIAL SECURITY #

2. CUSTOMER NAME | BIRTH DATE | SOCIAL SECURITY #

3. CUSTOMER NAME | BIRTH DATE | SOCIAL SECURITY #

4. CUSTOMER NAME | BIRTH DATE | SOCIAL SECURITY #

[____] LILAC TRACE LN ORLANDO, FL 32828 [____]
CUSTOMER ADDRESS

rumbough@[____].com
CUSTOMER E-MAIL ADDRESS(ES)

**407-281-[____]**
HOME PHONE

WORK PHONE

**9097[____]**
ACCOUNT NUMBER

**Free Interest Checking**
ACCOUNT NAME

| INTEREST RATE INFORMATION (IF APPLICABLE) | BALANCE | INTEREST RATE | ANNUAL PERCENTAGE YIELD |
|---|---|---|---|
| THE INTEREST RATE(S) PROVIDED REFLECT THE RATE(S) IN EFFECT AT ACCOUNT OPENING. | $50,000 or More | 0.50% | 0.50% |
| | $25,000 - $49,999 | 0.40% | 0.40% |
| | $10,000 - $24,999 | 0.20% | 0.20% |
| THE RATE(S) ARE SUBJECT TO CHANGE DAILY. | $2,500 - $9,999 | 0.10% | 0.10% |
| | $0 - $2,499 | 0.00% | 0.00% |

By signing below, I authorize Regions Bank (the "Bank") to: (a) open the account and service listed below in the name(s) listed on this application for the account and service; (b) transfer funds to my checking account from my designated funding account listed below from time to time for the purpose of providing me with Overdraft Protection as described in the Deposit Agreement. If I authorize you to transfer funds to my checking account from a Regions credit product for the purpose of providing me with Overdraft Protection, I acknowledge and agree that any funds so transferred shall be deemed to be: (1) cash advances if they are transferred from any Regions MasterCard® or VISA® and shall be treated as cash advances under the agreement governing such account; and (2) advances if they are transferred from any Regions Equity Line of Credit or Regions Preferred Line of Credit, or Regions Credit Line and shall be treated as Advances under the agreement governing such account. By signing below, I also: (a) agree to be bound by the terms of the Bank's Deposit Agreement, and pricing schedule, as now in force and as amended from time to time hereafter, related to each account or service listed below; (b) acknowledge receipt of a copy of the applicable Deposit Agreement and pricing schedule now in effect; (c) promise that all information on this form is true.

TRUST/PAYABLE ON DEATH ACCOUNTS (STATE OF ALABAMA ONLY): The party(ies) establishing this account reserves the right to revoke this trust account and retains the right to delete, change or add beneficiary(ies) to this type of account.

JOINT ACCOUNTS: If the account is a joint account, withdrawals of funds on deposit may be made in whole or in part upon the order of either or any of the parties authorized below to sign withdrawal orders on the account ("Account Owners") subject to the deposit agreement. The Bank shall not be obligated to pay, but in its discretion may pay, any check which causes an account to be overdrawn. All cosigners on a joint account which becomes overdrawn shall be jointly and severally liable for and guarantee payment to the Bank of the full amount of any overdraft regardless of whether such cosigner knew about or participated in the transaction creating the overdraft or received funds or otherwise derived a benefit as a result of the overdraft.

---

**Signature Card**

Acct. Title: **LAWRENCE RUMBOUGH**

Acct. number: **9097[____]**

Acct. Type: **DA 219**

1. **LAWRENCE RUMBOUGH**
   *Lawrence Rumbough* (signature)

NOTE: If the account is a joint account, it is owned by the parties whose signatures appear to the right and/or who are added to the account as joint tenants with right of survivorship hereon.

2.

3.

4.

Thank you for banking with **REGIONS**

Customer Requests Overdraft Protection (Sign Below):
Funding Acct #: _____ Type: _____ (SA, TS, MC, VC, PCL OR ACL)
Funded Acct #: _____ Type: Checking

_____
Overdraft Protection Funding Account Owner Signature

_____
Overdraft Protection Funding Account Co-Owner Signature

*This signature card supersedes and replaces any and all previous signature cards for this account. However, Regions Bank shall have a reasonable opportunity to act upon this signature card and shall not be liable for any action it takes in good faith and through the exercise of ordinary care on the basis of information contained in previous signature cards for this account.*

Certification: By signing below, I certify, under penalties of perjury, that: (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

NOTE: You must cross out item (2) above if you have been notified by IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

Customer Signature: *Lawrence Rumbough*   Date: **01/15/2008**

Form #62100
Rev 11/2006

Distribution Checking: Original – CMI Operations
                      Copy – Customer
Distribution Savings: Original – Branch
                      2nd Signed Copy – CMI Operations
                      Copy – Customer

**EXHIBIT B**

statement cycle, we may not pay interest on the account for the period between the end of the last statement cycle and the account closing date.

**31. Abandoned Or Dormant Accounts.** If you do not use your account or notify us in writing of your current mailing address, or if statements or notices we send to you are returned undelivered, your account and deposits may be presumed abandoned after a specified period of time. To the extent not prohibited under applicable law, abandoned or dormant accounts are subject to a reasonable service charge in addition to any usual service charges applicable to the accounts. You may request current information about our abandoned and dormant account charges from any of our customer service representatives. Accounts that are presumed to be abandoned will be escheated to the state in which the account is maintained in accordance with applicable law.

**32. Adverse Claims To An Account.** If there is a dispute between those of you who have signed a signature card or who have been named as a joint owner by an existing account holder for a joint account or the authorized representatives who have signed a signature card for a nonpersonal account, or if one of you demands that we not allow other(s) to withdraw money from the account, or if there is a dispute or if a claim is made by anyone about who is authorized to make withdrawals from an account, we may (but do not have to) refuse to allow any withdrawals by anyone until we are satisfied that the dispute is resolved or the claim or demand is withdrawn. At our option, however, we may place a "hold" on funds until resolution of the controversy, or we may accept an indemnity satisfactory to us, or we may deposit the funds with a court until a court order directs us to do otherwise. If we choose to deposit the funds with a court, you agree to reimburse us for all attorney's fees and court costs we incur. No interest will be paid by us on funds deposited with a court. We will not be responsible for any damages you may suffer as a result of our refusal to allow you to withdraw money due to the dispute, demand or claim.

**33. Legal Process Affecting Your Account.** Should we receive any attachment, garnishment, levy or other binding state or federal legal process affecting your account, we may refuse to permit withdrawals or transfers from your account until the legal process is satisfied or dismissed. We will not contest any such legal process on your behalf and may take action to comply with such process as we determine to be appropriate, without regard to the ownership or original source of the funds on deposit and without requirement that the legal process name all of the depositors, rather than only some of them. All legal process is subject to our right of setoff and security interest. We may assess a fee against your account if we are served with legal process affecting your account, and you agree that, if allowed by applicable law, we may deduct such fee from your account funds before remitting any funds pursuant to any legal process. You may request current information about the fees we charge in connection with legal process from any of our customer service representatives.

**34. ARBITRATION AND WAIVER OF JURY TRIAL.** Except as expressly provided below, you and we agree that either party may elect to resolve by BINDING ARBITRATION any controversy, claim, counterclaim, dispute or disagreement between you and us, whether arising before or after the effective date of this Agreement (any "Claim"). This includes, but is not limited to, any controversy, claim, counterclaim, dispute or disagreement arising out of, in connection with or relating to any one or more of the following: (1) the interpretation, execution, administration, amendment or modification of the Agreement; (2) any account; (3) any charge or cost incurred pursuant to the Agreement; (4) the collection of any amounts due under the Agreement or any

account; (5) any alleged contract or tort arising out of or relating in any way to the Agreement, any account, any transaction, any advertisement or solicitation, or your business, interaction or relationship with us; (6) any breach of any provision of the Agreement; (7) any statements or representations made to you with respect to the Agreement, any account, any transaction, any advertisement or solicitation, or your business, interaction or relationship with us; or (8) any of the foregoing arising out of, in connection with or relating to any agreement which relates to the Agreement, any account, any transaction or your business, interaction or relationship with us. If either party elects to arbitrate, the Claim shall be settled by BINDING ARBITRATION under the Federal Arbitration Act ("FAA"). This agreement to arbitrate shall include any Claim involving our officers, directors, employees, agents, representatives, contractors, subcontractors, parent, subsidiaries, affiliates, successors, assigns, any third party that assigned any agreements to us and any of the respective employees, officers, agents or directors of such affiliates or third parties, and any such Claim against any of those parties may be joined or consolidated with any related Claim against us in a single arbitration proceeding. In addition, if we become a party in any lawsuit that you have with any third party, whether through intervention by us or by motion made by you or any third party, we may elect to have all claims in that lawsuit between you and such third party to be resolved by BINDING ARBITRATION under this agreement.

The arbitration shall be administered by the American Arbitration Association (the "AAA") under its Commercial Arbitration Rules and its Supplementary Procedures For The Resolution Of Consumer-Related Disputes (the "Arbitration Rules") in effect at the time the demand for arbitration is filed. In the event of a conflict between the Arbitration Rules and this Agreement, this Agreement shall control, except that, in the event that the AAA determines that any provision of this Agreement does not comply with applicable standards stated in the AAA's Consumer Due Process Protocol, the standards of the Protocol shall control. We will tell you how to contact the AAA and how to get a copy of the Arbitration Rules without cost if you ask us in writing to do so. Or, you may contact the AAA directly at 1-800-778-7879 (toll free) or at www.adr.org.

If the AAA's Supplemental Procedures for Consumer-Related Disputes apply to your Claim and if your Claim for actual damages does not exceed $10,000, you shall be responsible for paying one-half of the arbitrator's fees up to a maximum of $125. If your Claim for actual damages exceeds $10,000 but does not exceed $75,000, you shall be responsible for paying one-half of the arbitrator's fees up to a maximum of $375. For any Claim that does not exceed $75,000, we will pay all other arbitrator's fees and costs imposed by the administrator of the arbitration.

If your Claim is a consumer-related claim for actual damages that exceeds $75,000, or if it is a non-monetary consumer-related Claim, or if it is not a consumer-related Claim for actual damages, as provided in the case of a consumer-related Claim for actual damages in excess of $75,000 or for non-monetary damages, and in the case of any non-consumer-related Claim, the prevailing party in an arbitration proceeding may seek to recover its expenses for administrative fees and arbitrator(s)' fees from the other party in accordance with the Arbitration Rules. The final award by the arbitrator(s) pertaining to such a Claim can apportion the administrative fees and expenses and arbitrators' fees between you and us as part of the award, as the arbitrator(s) determines is appropriate.

The fees and costs stated in this Agreement are subject to any amendments to the Arbitration Rules and fee and cost schedules of

**EXHIBIT C**

the AAA. The fee and costs schedule in effect at the time you submit your Claim shall apply. The Arbitration Rules permit you to request a deferral or reduction of the administrative fees of arbitration if paying them would cause you extreme hardship. Each party also has the option of filing an action in small claims court for any Claim or disputes within the scope of the small claims court's jurisdiction.

The arbitration of any Claim of $100,000 or greater shall be conducted by a panel of three arbitrators. The arbitration of any Claim of a lesser amount shall be conducted by one arbitrator. The arbitrator(s) shall be selected from the AAA's panel of arbitrators by mutual agreement between you and us. If we cannot agree on the arbitrator(s), the AAA shall appoint the arbitrator(s). Except as expressly provided in this agreement to arbitrate, no Claim may be joined with another dispute or lawsuit, or consolidated with the arbitration of another Claim, or resolved on behalf of a class of similarly situated persons, or brought as private attorney general or on another similar representative basis. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding shall apply in the arbitration. Any in-person arbitration hearing will be held in the federal judicial district embracing Birmingham, Alabama, or in the state where you reside if we have a branch office in that state. Any dispute regarding whether a particular controversy is subject to arbitration, including any claim of unconscionability and any dispute over the scope or validity of this agreement to arbitrate disputes or of this entire Agreement, shall be decided by the arbitrator(s). The arbitrator(s) shall establish such reasonable procedures as may be necessary for the reasonable exchange of information between the parties prior to such arbitration. In rendering an award, the arbitrator(s) shall apply applicable contract terms, statutes and legal precedent and shall follow the Federal Rules of Evidence, enforce applicable privileges, and employ applicable burdens of proof. The arbitrator(s) shall award only such relief as a court of competent jurisdiction could properly award under applicable law. The arbitrator's findings, reasoning, decision, and award shall be set forth in writing and shall be based upon and be consistent with the law of the jurisdiction that applies to the Agreement. Any appeal of the arbitration award shall be governed by the FAA. Judgment on the arbitration award may be entered in any court having jurisdiction.

This agreement to arbitrate does not limit the right of you or us, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as set-off, repossession, to obtain provisional or ancillary remedies such as injunctive relief (other than a stay of arbitration) to protect the rights or property of the party seeking such relief. However, the arbitrator(s) shall have the power to vacate and/or stay any such proceedings or orders granting provisional or ancillary remedies or injunctive relief, upon application by you or us. The taking by either you or us of any of the self-help remedies or by filing any action in court, including but not limited to the actions described in the preceding sentence, shall not be deemed to be a waiver of the right to elect BINDING ARBITRATION of any Claim upon the filing of a counterclaim or the like by either you or us in response to any such action. You and we specifically acknowledge and agree that this Agreement evidences a "transaction involving commerce" under the FAA, and hereby waive and relinquish any right to claim otherwise. You and we hereby acknowledge, agree and stipulate that Regions Bank is a multi-state banking organization engaging in interstate banking; Regions Bank's deposits are federally insured; the funds deposited in any account

flow through interstate commerce, and we regularly use the services of businesses located in other states in opening and administering accounts.

If any term or provision of this agreement to arbitrate disputes and waiver of jury trial is held to be invalid or unenforceable, the remaining provisions shall be enforced without regard to the invalid or unenforceable term or provision; provided, that if you or we seek to bring a joined, consolidated, or class action for arbitration, and if the foregoing prohibition against the arbitration of joined, consolidated or class actions is held by an authority of competent jurisdiction to be invalid or unenforceable, the arbitration agreement between you and us shall be deemed inapplicable to such joined, consolidated or class action, to the effect that any permitted and lawful joined, consolidated or class action shall be adjudicated in accordance with the provisions of applicable law and shall not be resolved through arbitration (provided further, that the jury trial waiver shall, in any event, remain in full force and effect to the fullest extent permitted by law). This agreement to arbitrate disputes and waiver of jury trial shall survive the closing of your account and shall also survive as to any Claim covered within the closing of this Agreement.

**Whether any controversy is arbitrated or settled by a court, you and we voluntarily and knowingly waive any right to a jury trial with respect to such controversy to the fullest extent allowed by law.**

35. **Indemnification; Waiver Of Consequential Damages.** To the extent allowed by law, you waive the right to recover consequential damages for our action or inaction in handling your deposit account. If we take any action with respect to your account in accordance with your instructions or orders, or in accordance with this Agreement, or if you breach any warranty provided in this Agreement or by law, and we incur any loss, liability, damage, cost or expense (including reasonable attorney's fees) as a result of any claim, demand, action, suit or proceeding brought or made by any party, you agree to indemnify and hold us harmless from and against such loss, liability, damage, cost or expense and to reimburse us for the amount thereof.

36. **Costs And Attorney's Fees.** You agree to reimburse us for our costs and expenses (including reasonable attorney's fees) in connection with (i) any legal process affecting your account, (ii) any ownership or authority disputes regarding your account, or (iii) any action or arbitration regarding this Agreement, your account or services linked to the account where we are the prevailing party. We may charge any account of yours for such costs and expenses without further notice to you.

37. **Right Of Setoff; Grant Of Security Interest.** You agree that we shall have the right to setoff against any and all funds in your account with us (including any multi-party accounts), and to apply such funds to satisfy any and/or all indebtedness that you owe us and/or any of our affiliates (excluding debt created by a consumer credit transaction under a credit card plan) without any further notice to or demand on you (unless otherwise required by applicable law) and whether the indebtedness to us is now existing or hereafter arising. Unless prohibited by applicable law, we may set off against a multi-party account the full amount of any claim that we have against any one or more of the depositors without regard to the joint or several ownership of the funds on deposit to the account or the original source of those funds and without requirement that the claim be owed to us by all of the depositors rather than only some of them. If your account receives a direct deposit of Social Security or Supplemental Security Income, or any other federal or state benefits exempt from legal process, you consent to our right to exercise setoff against such deposits to satisfy any overdraft and associated fees, or to satisfy any other debt that you owe the bank. If you desire to

## SECTION 6. DISPUTE RESOLUTION: ARBITRATION

The following applies to all of the above referenced account types and agreements, as well as to any dispute you may have with us:

### ARBITRATION PROVISION

ARBITRATION OF DISPUTES AND WAIVER OF JURY TRIAL. Except as expressly provided below, you and we agree that either party may elect to resolve by BINDING ARBITRATION any controversy, claim, counterclaim, dispute or disagreement between you and us, whether arising before or after the effective date of this Agreement (any "Claim"). This includes, but is not limited to, any controversy, claim, counterclaim, dispute or disagreement arising out of, in connection with or relating to any one or more of the following: (1) the interpretation, execution, administration, amendment or modification of the Agreement; (2) any account; (3) any charge or cost incurred pursuant to the Agreement; (4) the collection of any amounts due under the Agreement or any account; (5) any alleged contract or tort arising out of or relating in any way to the Agreement, any account, any transaction, any advertisement or solicitation, or your business, interaction or relationship with us; (6) any breach of any provision of the Agreement; (7) any statements or representations made to you with respect to the Agreement, any account, any transaction, any advertisement or solicitation, or your business, interaction or relationship with us; or (8) any of the foregoing arising out of, in connection with or relating to any agreement which relates to the Agreement, any account, any transaction or your business, interaction or relationship with us. If either party elects to arbitrate, the Claim shall be settled by BINDING ARBITRATION under the Federal Arbitration Act ("FAA"). This agreement to arbitrate shall include any Claim involving our officers, directors, employees, agents, representatives, contractors, subcontractors, parent, subsidiaries, affiliates, successors, assigns, any third party that assigned any agreements to us and any of the respective employees, officers, agents or directors of such affiliates or third parties, and any such Claim against any of those parties may be joined or consolidated with any related Claim against us in a single arbitration proceeding. In addition, if we become a party in any lawsuit that you have with any third party, whether through intervention by us or by motion made by you or any third party, we may elect to have all claims in that lawsuit between you and such third party to be resolved by BINDING ARBITRATION under this agreement.

The arbitration shall be administered by the American Arbitration Association (the "AAA") under its Commercial Arbitration Rules and its Supplementary Procedures For The Resolution Of Consumer-Related Disputes (the "Arbitration Rules") in effect at the time the demand for arbitration is filed. In the event of a conflict between the Arbitration Rules and this Agreement, this Agreement shall control, except that, in the event that the AAA determines that any provision of this Agreement does not comply with applicable standards stated in the AAA's Consumer Due Process Protocol, the standards of the Protocol shall control. We will tell you how to contact the AAA and how to get a copy of the Arbitration Rules without cost if you ask us in writing to do so. Or, you may contact the AAA directly at 1-800-778-7879 (toll free) or at www.adr.org.

If the AAA's Supplemental Procedures for Consumer-Related Disputes apply to your Claim and if your Claim for actual damages does not exceed $10,000, you shall be responsible for paying one-half of the arbitrator's fees up to a maximum of $125. If your Claim for actual damages exceeds $10,000 but does not exceed $75,000, you shall be responsible for paying one-half of the arbitrator's fees up to a maximum of $375. For any Claim that does not exceed $75,000, we will pay all other arbitrator's fees and costs imposed by the administrator of the arbitration.

If your Claim is a consumer-related claim for actual damages that exceeds $75,000, or if it is a non-monetary consumer-related Claim, or if it is not a consumer-related Claim, you shall be responsible for paying the administrative costs and arbitrator's fees as provided in the AAA's Commercial Fee Schedule. Additionally, in the case of a consumer-related Claim for actual damages in excess of $75,000 or for non-monetary damages, and in the case of any non-consumer-related Claim, the prevailing party in an arbitration proceeding may seek to recover its expenses for administrative fees and arbitrator(s)' fees from the other party in accordance with the Arbitration Rules. The final award by the arbitrator(s) pertaining to such a Claim can apportion the administrative fees and expenses and arbitrators' fees between you and us as part of the award, as the arbitrator(s) determines is appropriate.

The fees and costs stated in this Agreement are subject to any amendments to the Arbitration Rules and fee and cost schedules of the AAA. The fee and costs schedule in effect at the time you submit your Claim shall apply. The Arbitration Rules permit you to request a deferral or reduction of the administrative fees of arbitration if paying them would cause you extreme hardship. Each party also has the

28

**EXHIBIT**

D

option of filing an action in small claims court for any Claim or disputes within the scope of the small claims court's jurisdiction.

The arbitration of any Claim of $100,000 or greater shall be conducted by a panel of three arbitrators. The arbitration of any Claim of a lesser amount shall be conducted by one arbitrator. The arbitrator(s) shall be selected from the AAA's panel of arbitrators by mutual agreement between you and us. If we cannot agree on the arbitrator(s), the AAA shall appoint the arbitrator(s). Except as expressly provided in this agreement to arbitrate, no Claim may be joined with another dispute or lawsuit, or consolidated with the arbitration of another Claim, or resolved on behalf of a class of similarly situated persons. All statutes of limitation, defenses, and attorney-client and other privileges that would apply in a court proceeding shall apply in the arbitration. Any in-person arbitration hearing will be held in the federal judicial district embracing Birmingham, Alabama, or in the state where you reside if we have a branch office in that state. Any dispute regarding whether a particular controversy is subject to arbitration, including any claim of unconscionability and any dispute over the scope or validity of this agreement to arbitrate disputes or of this entire Agreement, shall be decided by the arbitrator(s). The arbitrator(s) shall establish such reasonable procedures as may be necessary for the reasonable exchange of information between the parties prior to such arbitration. In rendering an award, the arbitrator(s) shall apply applicable contract terms, statutes and legal precedent and shall follow the Federal Rules of Evidence, enforce applicable privileges, and employ applicable burdens of proof. The arbitrator(s) shall award only such relief as a court of competent jurisdiction could properly award under applicable law. The arbitrator's findings, reasoning, decision, and award shall be set forth in writing and shall be based upon and be consistent with the law of the jurisdiction that applies to the Agreement. Any appeal of the arbitration award shall be governed by the FAA. Judgment on the arbitration award may be entered in any court having jurisdiction.

This agreement to arbitrate does not limit the right of you or us, whether before, during or after the pendency of any arbitration proceeding, to exercise self-help remedies such as set-off, repossession, trustee's sales and the like. This agreement to arbitrate does not limit the right of you or us, whether before or during the pendency of any arbitration proceeding to bring an action (individually, and not on behalf of a class) to obtain provisional or ancillary remedies or injunctive relief (other than a stay of arbitration) to protect the rights or property of the party seeking such relief. However, the arbitrator(s) shall have the power to vacate and/or stay any such proceedings or orders granting provisional or ancillary remedies or injunctive relief, upon application by you or us. The taking by either you or us of any of the self-help remedies or by filing any action in court, including but not limited to the actions described in the preceding sentence, shall not be deemed to be a waiver of the right to elect BINDING ARBITRATION of any Claim upon the filing of a counterclaim or the like by either you or us in response to any such action. You and we specifically acknowledge and agree that this Agreement evidences a "transaction involving commerce" under the FAA, and hereby waive and relinquish any right to claim otherwise. You and we hereby acknowledge, agree and stipulate that AmSouth Bank is a multi-state banking organization engaging in interstate banking; AmSouth Bank's deposits are federally insured; the funds deposited in any account flow through interstate commerce; and we regularly use the services of businesses located in other states in opening and administering accounts.

If any term or provision of this agreement to arbitrate disputes and waiver of jury trial is held to be invalid or unenforceable, the remaining provisions shall be enforced without regard to the invalid or unenforceable term or provision. This agreement to arbitrate disputes shall survive the closing of your account and shall also survive as to any Claim covered within the scope of this Agreement.

Whether any controversy is arbitrated or settled by a court, you and we voluntarily and knowingly waive any right to a jury trial with respect to such controversy to the fullest extent allowed by law.