UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

      Plaintiff,

vs.                                        Case Number: 6:10-C-117-ORL-KRS

EQUIFAX INFORMATION SYSTEMS, LLC;
EXPERIN INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC;
LEXISNEXIS RISK SOLUTIONS FL INC.;
JEFFERSON CAPITAL SYSTEMS, LLC.,
MANN BRACKEN, LLC.; LAW OFFICES OF
ERSKINE & FLEISHER; BANK OF AMERICA
CORPORATION; HSBC CARD SERVICES, INC.;
CHECKNET; JPMORGAN CHASE & CO.;
CAPITAL MANAGEMENT SERVICES, LP;
FIRSTSOURCE ADVANTAGE, LLC.;
PFG MMINNESOTA, INC.; RICHARD J. BOUDREAU
& ASSOCIATES, LLC.; ALLIANCEONE RECEIVABLES
MANAGEMENT, FINANCIAL SYSTEMS, INC.;
B-LINE, LLC.; B-REAL LLC; PHILLIPS & COHEN
ASSOCIATES, LTD. CORP.; AVALON FINANCIAL
SERVICES, LLC; CAPITAL ONE BANK FIRST PREMIER
BANK; COLLECTCORP CORPORATION; SUNTRUST BANK;
ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY
AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, LLC;
GALAXY PROFOLIOS, LLC.;
AMERICAN EXPRESS COMPANY; and
CITIFINANCIAL, INC.;
_____/

**DEFENDANT THE LAW OFFICES OF ERSKINE & FLEISHER'S CERTIFICATE OF INERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, ARROW FINANCIAL SERVICES, LLC and THE LAW OFFICES OF ERSKINE & FLEISHER, hereby disclose the following pursuant Federal Rule of Civil Procedure 7.1 and pursuant to this Court' Order dated March 23, 2010.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or on the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

> **Stanley Erskine, Esquire – Partner in the Law Offices of Erskine & Fleisher**
> **55 Weston Road, Suite 300**
> **Fort Lauderdale, FL 33326**
>
> **Andrew Fleisher, Esquire – Partner in the Law Offices of Erskine & Fleisher**
> **55 Weston Road, Suite 300**
> **Fort Lauderdale, Florida 33326**

2. Name of every other entity whose publicly traded stock, equity, or debt as to the substantially affected by the outcome of the proceedings.

**Answer:** NONE

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).

**Answer:** NONE

4. The name of each victim (individual or corporate) including every person who may be entitled to restitution.

**Answer:** None other than as alleged by the Plaintiff.

5. Check one of the following:

✓ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

or

____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:


I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 25th day of March 2010.

>Respectfully submitted,
>STANLEY B. ERSKINE, Esquire
>The Law Offices of ERSKINE & FLEISHER
>Attorneys for the Law Offices of Erskine & Fleisher
>Florida Bar Number: 264547
>Suite 300, 55 Weston Road
>Fort Lauderdale, Florida 33326
>Telephone No. (954) 384-1490
>Telecopier No. (954) 384-4088
>Email: Customerservice@Eflaw.net
>
>By: _____
>STANLEY B. ERSKINE, Esquire

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 25th, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Larry Rumbough, Plaintiff at 840 Lilac Trace Lane, Orlando, Florida 32828 by First Class US Mail, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.