UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

vs.                                                 Case Number: 6:10-C-117-ORL-KRS

EQUIFAX INFORMATION SYSTEMS, LLC;
EXPERIN INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC;
LEXISNEXIS RISK SOLUTIONS FL INC.;
JEFFERSON CAPITAL SYSTEMS, LLC.,
MANN BRACKEN, LLC.; LAW OFFICES OF
ERSKINE & FLEISHER; BANK OF AMERICA
CORPORATION; HSBC CARD SERVICES, INC.;
CHECKNET; JPMORGAN CHASE & CO.;
CAPITAL MANAGEMENT SERVICES, LP;
FIRSTSOURCE ADVANTAGE, LLC.;
PFG MMINNESOTA, INC.; RICHARD J. BOUDREAU
& ASSOCIATES, LLC.; ALLIANCEONE RECEIVABLES
MANAGEMENT, FINANCIAL SYSTEMS, INC.;
B-LINE, LLC.; B-REAL LLC; PHILLIPS & COHEN
ASSOCIATES, LTD. CORP.; AVALON FINANCIAL
SERVICES, LLC; CAPITAL ONE BANK FIRST PREMIER
BANK; COLLECTCORP CORPORATION; SUNTRUST BANK;
ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY
AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, LLC;
GALAXY PROFOLIOS, LLC.;
AMERICAN EXPRESS COMPANY; and
CITIFINANCIAL, INC.;
_____/

**THE DEFENDANT THE LAW OFFICES OF ERSKINE & FLEISHER'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 1.04 (D)**

Comes now the Defendant THE LAW OFFICES OF ERSKINE & FLEISHER, and hereby files this its Notice of Pendency of other Actions pursuant to Local Rule 1.04 (D), and states the following, to wit:

It appears that the closed cause of action in the case of Larry Rumbough vs. Equifax Information Services, LLC., Experian Information Solutions, Inc., and Trans Union,

LLC., under case number 6:07-CV-1136-ORL-18UAM, addresses similar issues between the Plaintiff and three of the Defendants currently in the above cause of action which is presently pending before this Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26th, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Larry Rumbough, Plaintiff at 840 Lilac Trace Lane, Orlando, Florida 32828 by First Class US Mail, and being served upon counsel or parties who are authorized to receive electronically Notices of the foregoing Electronic Filing.

Respectfully submitted,

STANLEY B. ERSKINE, Esquire

The Law Offices of ERSKINE & FLEISHER
Attorneys for the Law Offices of
Erskine & Fleisher
Florida Bar Number: 264547
Suite 300, 55 Weston Road
Fort Lauderdale, Florida 33326
Telephone No. (954) 384-1490 Ext 252
Telecopier No. (954) 384-4088
Email: Stanley_Erskine@Eflaw.net

By: _____
    STANLEY B. ERSKINE, Esquire