**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.  6:10-CV-117-ORL-KRS**

LARRY RUMBOUGH, individually,
and on behalf of others similarly situated,
as a private attorney general;

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
et al.

       Defendants.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, HSBC Card Services, Inc. ("HSBC") moves for a fourteen (14) day extension of time through and including April 12, 2010 within which to serve its response to Plaintiff's Complaint.  As grounds for this Motion, HSBC states:

1.     HSBC's response to Plaintiff's Complaint is due on March 29, 2010.

2.     HSBC requests additional time to fully address, research and respond to the issues raised in the Complaint.

3.     This motion is made in good faith and not for the purpose of delaying the course of this litigation.

4.     As this litigation is in its earliest stages, no party to this lawsuit will be prejudiced if this motion is granted.

SQUIRE, SANDERS & DEMPSEY L.L.P.

## MEMORANDUM OF LAW

This Court has authority to grant an enlargement of time for good cause shown under Rule 6(b) of the Federal Rules of Civil Procedure.  In the present action, Plaintiffs have established good cause, and Defendant will not be prejudiced by the requested enlargement of time.  As has been stated in Moore's Federal Practice, §6.08 at 6-87:

> In accordance with the mandate of Rule 1, that the Rules should be construed to secure the just, speedy and inexpensive determination of every action, the courts generally have given Rule 6(b) a liberal interpretation in order to work substantial justice.

HSBC respectfully submits that the foregoing circumstance constitutes good cause and warrants granting the extension requested.  HSBC requests entry of an order granting an extension of time until April 12, 2010 within which to serve a responsive pleading.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, undersigned counsel contacted Plaintiff.  Plaintiff agrees to the relief requested herein.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL  33401-6198
561.650.7200
561.655.1509 Facsimile

By:    /s/Jason Daniel Joffe
       Traci H. Rollins, P.A.
       Florida Bar No. 769071
       TRollins@ssd.com
       Jason Daniel Joffe
       Florida Bar No. 0013564

SQUIRE, SANDERS & DEMPSEY L.L.P.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March 2010, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically transmit notice via Notices of Electronic Filing generated by CM/ECF. The foregoing was served on Plaintiff, Larry Rumbough, via US Mail at the following address:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

*/s/ Jason Daniel Joffe*

SQUIRE, SANDERS & DEMPSEY L.L.P.