# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

        **Plaintiff,**

**-vs-**    Case No. 6:10-cv-117-Orl-19KRS

**EQUIFAX INFORMATION SERVICES, INC., et al.,**

        **Defendants.**

## ORDER OF RECUSAL

On the Court's own motion, based upon a review of the file in this case, I determine that the interests of justice would be served by my recusal from this case. A member of my family has a continuing financial interest in a law firm representing a party in this case. Accordingly, I conclude that it is appropriate to recuse myself from this case. The Clerk of Court is directed to reassign the case to another magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties