**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

      Plaintiff,

vs.                                            CASE NO. 6:10-CV-117-ORL-19KRS

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

      Defendants.

## ORDER

The Court being apprised that a member of a law firm representing a party in this case has undertaken representation of an investment in which the undersigned judge has an interest, I hereby recuse myself from further proceedings in this case and direct that the Clerk of Court reassign it to another judge under the blind assignment system.

**DONE AND ORDERED** at Orlando, Florida, this ___29th___ day of March, 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record