**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH**, individually and on behalf of others similarly situated, as a private attorney general;

    Plaintiff,

v.

Case No. 6:10-cv-117-ORL-19KRS

**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CBC COMPANIES; CHEXSYSTEMS COLLECTION AGENCY, INC.; LEXISNEXIS RISK SOLUTIONS FL INC.; LEXISNEXIS SCREENING SOLUTIONS INC.; JEFFERSON CAPITAL SYSTEMS, LLC; MANN BRACKEN, LLC; LAW OFFICES OF ERSKINE & FLEISHER; BANK OF AMERICA CORPORATION; HSBC CARD SERVICES, INC.; CHECKNET; JPMORGAN CHASE & CO.; CAPITAL MANAGEMENT SERVICES, LP; FIRSTSOURCE ADVANTAGE, LLC; PFG OF MINNESOTA, INC.; RICHARD J. BOUDREAU & ASSOCIATES, LLC; ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; REGIONS BANK; GE CAPITAL LLC; NCO FINANCIAL SYSTEMS, INC.; B-LINE, LLC; B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES, LTD., CORP.; AVALON FINANCIAL SERVICES, LLC; CAPITAL ONE BANK; FIRST PREMIER BANK; COLLECTCORP CORPORATION; SUNTRUST BANK; ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, L.L.C.; GALAXY PORTFOLIOS, LLC; AMERICAN EXPRESS COMPANY;** and **CITIFINANCIAL, INC.;**

    Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
_____

☒ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

　　　　I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATE: March 29, 2010

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**AKERMAN SENTERFITT**
　　　　　　　　　　　　　　　　　　Post Office Box 231
　　　　　　　　　　　　　　　　　　420 South Orange Avenue
　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　Orlando, FL 32802-0231
　　　　　　　　　　　　　　　　　　Phone: (407) 423-4000
　　　　　　　　　　　　　　　　　　Fax: (407) 843-6610
　　　　　　　　　　　　　　　　　　Email: ed.foster@akerman.com
　　　　　　　　　　　　　　　　　　**Attorneys for Defendant, SUNTRUST BANK**


　　　　　　　　　　　　　　　　　　By: /s/ *Joseph E. Foster*
　　　　　　　　　　　　　　　　　　Joseph E. Foster, Esq.
　　　　　　　　　　　　　　　　　　Trial Counsel
　　　　　　　　　　　　　　　　　　Florida Bar Number: 282091

**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 29th day of March, 2010 to: Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828, Pro Se Plaintiff, and filed with the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to counsel of record.

　　　　　　　　　　　　　　　　　　*/s/Joseph E. Foster*
　　　　　　　　　　　　　　　　　　Joseph E. Foster, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar Number: 282091

{O1520970;1}