UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated;
as a private attorney general;

    Plaintiff,

v.                                Case No.: 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD., CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

    Defendants.

_____/

**ACS EDUCATION SERVICES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, ACS EDUCATION SERVICES, INC. (hereinafter "ACS"), by and through its undersigned attorney, serves its Answer and Affirmative Defenses to Complaint and states:

1. This Defendant admits the allegations in paragraph 1 for jurisdictional purposes only, otherwise denies.

2. This Defendant admits the allegations in paragraphs 5, 6, 8 and 39.

3. This Defendant specifically denies the allegations stated in paragraphs 156, 157, 158, 159 and 160.

4. This Defendant cannot respond to paragraphs 179, 180, and 181, as no allegations appear to be stated therein, but only appear to request the Court for leave to amend Complaint. To the extent any allegations are deemed to be stated regarding this Defendant, all such allegations are denied.

5. This Defendant responds to paragraphs 182, 198, 203, and 206 by restating its responses to those paragraphs referred to therein and incorporating those responses herein by reference.

6. This Defendant denies the allegations stated in paragraphs 7, 185, 197, 200, 201, 204, and 205, to the extent they pertain to ACS, otherwise, this Defendant is without knowledge.

7. This Defendant admits paragraphs 188 through 195, to the extent the allegations contained therein recite the language of the acts referred to, but otherwise denies.

8. Allegations in paragraphs 207 through 210 do not appear to be applicable to this Defendant, but otherwise, this Defendant denies that injunctive relief is available against ACS.

9. This Defendant denies or is without knowledge as to each and every remaining allegation set forth in Plaintiff's Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

10. This Defendant affirmatively alleges the Complaint fails to state a cause of action for bringing an action for other similarly situated as private attorney general, to the extent Complaint appears to bring a class action, Complaint fails to allege sufficient facts upon which a class action may be maintained in accordance with the Federal Rules of Civil Procedure and Local Rules of the Middle District of Florida.

11. This Defendant affirmatively alleges the Plaintiff's alleged damages are the direct and proximate result of Plaintiff's failure to mitigate, or take reasonable actions to avoid or reduce any such damages alleged.

12. This Defendant affirmatively alleges Plaintiff's alleged damages are the direct and proximate result of intervening independent acts or omissions on the part of Plaintiff and of third parties over which this Defendant has no control.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via U.S. Mail, first class, this 29th day of March, 2010, upon: LARRY RUMBOUGH, ESQUIRE, 840 Lilac Trace Lane, Orlando, Florida 32828.

_____
Brian D. DeGailler, Esquire
Florida Bar Number: 283703
Broussard, Cullen & DeGailler, P.A.
445 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 649-8717
Facsimile:  (407) 649-8680
Attorney for the Defendant,
ACS EDUCATION SERVICES, INC.