UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:10-cv-117-ORL-19KRS

LARRY RUMBOUGH, individually,
And on behalf of others similarly situated,
As a private attorney general;

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, INC.,
LLC, et al.

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, RACHAEL M. CREWS of the law firm of GRAYROBINSON, P.A., and files this Notice of Appearance on behalf of Defendants, LEXISNEXIS RISK SOLUTIONS FL INC. and LEXISNEXIS SCREENING SOLUTIONS INC., in the above-styled cause.

Respectfully submitted,

/s/ Rachael M. Crews
**RACHAEL M. CREWS, ESQ.**
rcrews@gray-robinson.com
Florida Bar No. 0795321
GRAYROBINSON, P.A.
P.O. Box 3068
Orlando, FL  32802-3068
Telephone (407) 843-8880
Facsimile   (407) 244-5690
Attorneys for Defendants LexisNexis
Screening Solutions Inc. and LexisNexis Risk
Solutions FL Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2010, a true and correct copy of the foregoing Notice of Appearance for Defendants LexisNexis Screening Solutions Inc. and LexisNexis Risk Solutions FL Inc. was served via U.S. Mail on the following:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

and electronically filed with the Clerk of the Court using the CM/ECF system.

                                            /s/ Rachael M. Crews
                                            RACHAEL M. CREWS