UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually, et al.,

    Plaintiffs,

CASE NO. Case No. 6:10-cv-117-PCF-KRS

vs.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.
_____/

**DISCLOSURE STATEMENT OF DEFENDANTS LEXISNEXIS RISK SOLUTIONS FL INC. AND LEXISNEXIS SCREENING SOLUTIONS INC.**

Defendants LexisNexis Risk Solutions FL Inc. ("LNRSF") and LexisNexis Screening Solutions Inc. ("LNSS") comply with Fed. R. Civ. P. 7.1 as follows:

1.    LNRSF is an indirect, wholly-owned subsidiary of Reed Elsevier PLC (LSE: REL; NYSE: RUK) and Reed Elsevier NV (Euronext: REN; NYSE: ENL).

2.    LNSS is an indirect, wholly-owned subsidiary of Reed Elsevier PLC (LSE: REL; NYSE: RUK) and Reed Elsevier NV (Euronext: REN; NYSE: ENL).

As required by Fed. R. Civ. P. 7.1, LNRSF and LNSS will file promptly a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

 /s/ *Rachael M. Crews*
**RACHAEL M. CREWS, ESQ.**
rcrews@gray-robinson.com
Florida Bar No. 0795321
GRAYROBINSON, P.A.
P.O. Box 3068

        Orlando, FL  32802-3068
        Telephone (407) 843-8880
        Facsimile   (407) 244-5690
        Attorneys for Defendants LexisNexis
        Screening Solutions Inc. and LexisNexis Risk
        Solutions FL Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2010, a true and correct copy of the foregoing Disclosure Statement for Defendants LexisNexis Screening Solutions Inc. and LexisNexis Risk Solutions FL Inc. was served via U.S. Mail on the following:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

and electronically filed with the Clerk of the Court using the CM/ECF system.

/s/ Rachael M. Crews
RACHAEL M. CREWS

\823554\1 - # 644352 v1