UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____
:
LARRY RUMBOUGH, individually :
and on behalf of others similarly situated, :
as a private attorney general :
    PLAINTIFF :
:
vs. : CIVIL ACTION
:
:
EQUIFAX INFORMATION :
SERVICES, INC, et al., :
: CASE NO.: 6:10-cv-00117-MSS-DAB
:
:
   DEFENDANTS :
:
_____ :

**B-LINE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

 NOW COMES, B-Line, LLC (hereinafter "B-Line"), by and through its attorneys, Gary Lublin, by way of Answer to the Complaint (hereinafter "Complaint") says as follows:

**PRELIMINARY STATEMENT**

1. B-Line neither admits nor denies the allegations in Paragraph 1 of Complaint and leaves Plaintiff to his proofs.

2. B-Line neither admits nor denies the allegations in Paragraph 2 of Complaint and leaves Plaintiff to his proofs.

1

1219031.1

3.      B-Line neither admits nor denies the allegations in Paragraph 2 of Complaint and leaves Plaintiff to his proofs.

4.      B-Line neither admits nor denies the allegations in Paragraph 2 of Complaint and leaves Plaintiff to his proofs.

## **FACTUAL ALLEGATIONS**

5.      B-Line neither admits nor denies the allegations in Paragraph 5 of Complaint and leaves Plaintiff to his proofs.

6.      B-Line neither admits nor denies the allegations in Paragraph 6 of Complaint and leaves Plaintiff to his proofs.

7.      B-Line neither admits nor denies the allegations in Paragraph 7 of Complaint and leaves Plaintiff to his proofs.

8.      B-Line admits to the extent that allegations set forth in Paragraph 8 are a matter of public record. All other allegations set for in Paragraph 8 are denied.

9.      B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 9 and leaves Plaintiff to his proofs. To the extent an answer is required; B-Line denies the allegations set forth in paragraph 9.

10.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 10 and leaves Plaintiff to his proofs. To the extent an answer is required; B-Line denies the allegations set forth in paragraph 10.

1219031.1

11. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 11 and leaves Plaintiff to his proofs. To the extent an answer is required; B-Line denies the allegations set forth in paragraph 11.

12. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 12 and leaves Plaintiff to his proofs. To the extent an answer is required; B-Line denies the allegations set forth in paragraph 12.

13. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 13 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 13.

14. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 14 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 14.

15. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 15 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 15.

16. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 16 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 16.

17.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 17 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 17.

18.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 18 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 18.

19.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 19 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 19.

20.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 20 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 20.

21.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 21 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 21.

1219031.1

22.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 22 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 22.

23.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 23 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 23.

24.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 24 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 24.

25.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 25 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 25.

26.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 26 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 26.

27.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 27 and leaves Plaintiff to

1219031.1

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 27.

28.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 28 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 28.

29.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 29 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 29.

30.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 30 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 30.

31.     B-Line denies the allegations in Paragraph 31 of Complaint and leaves Plaintiff to his proofs.

32.     B-Line admits to the allegations in Paragraph 32.

33.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 33 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 33.

34.     B-Line admits to the allegations in Paragraph 32.

1219031.1

35.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 35 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 35.

36.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 36 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 36.

37.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 36 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 36.

38.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 38 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 38.

39.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 39 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 39.

40.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 40 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 40.

41.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 41 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 41.

42.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 42 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 42.

43.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 43 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 43.

44.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 44 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 44.

45.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 45 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 45.

1219031.1

## FACTUAL ALLEGATIONS

46.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 46 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 46.

47.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 47 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 47.

48.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 48 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 48.

49.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 49 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 49.

50.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 50 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 50.

1219031.1

51.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 51 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 51.

52.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 52 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 52.

53.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 53 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 53.

54.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 54 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 54.

55.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 55 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 55.

56.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 56 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 56.

57.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 57 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 57.

58.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 58 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 58.

59.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 59 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 59.

60.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 60 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 60.

61.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 61 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 61.

62.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 62 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 62.

63.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 63 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 63.

64.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 64 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 64.

65.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 65 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 65.

66.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 66 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 66.

67.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 67 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 67.

68.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 68 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 68.

69.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 69 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 69.

70.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 70 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 70.

71.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 71 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 71.

72.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 72 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 72.

73.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 73 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 73.

74.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 74 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 74.

75.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 75 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 75.

76.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 76 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 76.

77.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 77 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 77.

78.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 78 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 78.

79.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 79 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 79.

80.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 80 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 80.

81.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 81 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 81.

82.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 82 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 82.

83.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 83 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 83.

84.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 84 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 84.

85.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 85 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 85.

86.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 86 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 86.

87.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 87 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 87.

88.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 88 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set

forth in paragraph 88.

89.      B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 89 and leaves Plaintiff to

his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 89.

90.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 90 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 90.

91.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 91 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 91.

92.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 92 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 92.

93.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 93 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 93.

94.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 94 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 94.

1219031.1

95.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 95 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 95.

96.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 96 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 96.

97.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 97 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 97.

98.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 98 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 98.

99.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 99 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 99.

100.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 100 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 100.

101.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 101 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 101.

102.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 102 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 102.

103.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 103 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 103.

104.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 104 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 104.

105.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 105 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 105.

1219031.1

106.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 106 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 106.

107.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 107 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 107.

108.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 108 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 108.

109.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 109 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 109.

110.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 110 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 110.

111.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 111 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 111.

112.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 112 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 112.

113.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 113 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 113.

114.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 114 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 114.

115.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 115 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 115.

116.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 116 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 116.

1219031.1

117.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 117 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 117.

118.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 118 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 118.

119.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 119 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 119.

120.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 120 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 120.

121.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 121 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 121.

122.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 122 and leaves Plaintiff

1219031.1

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 122.

123.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 123 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 123.

124.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 124 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 124.

125.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 125 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 125.

126.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 126 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 126.

127.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 127 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 127.

128.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 128 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 128.

129.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 129 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 129.

130.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 130 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 130.

131.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 131 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 131.

132.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 129 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 129.

133.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 133 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 133.

134.    B-Line denies the allegations in Paragraph 134 of Complaint and leaves Plaintiff to his proofs.

135.    B-Line denies the allegations in Paragraph 135 of Complaint and leaves Plaintiff to his proofs.

136.    B-Line denies the allegations in Paragraph 136 of Complaint and leaves Plaintiff to his proofs.

137.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 137 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 137.

138.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 138 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 138.

139.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 139 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 139.

140.    B-Line denies the allegations in Paragraph 140 of Complaint and leaves Plaintiff to his proofs.

141.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 141 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 141.

142.    B-Line denies the allegations in Paragraph 142 of Complaint and leaves Plaintiff to his proofs.

143.    B-Line denies the allegations in Paragraph 143 of Complaint and leaves Plaintiff to his proofs.

144.    B-Line admits to the allegations in Paragraph 144 of Complaint.

145.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 145 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 145.

146.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 146 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 146.

147.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 147 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 147.

148.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 148 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 148.

149.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 149 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 149.

150.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 150 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 150.

151.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 151 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 151.

152.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 152 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 152.

153.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 153 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 153.

154.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 154 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 154.

155.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 155 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 155.

156.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 156 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 156.

157.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 157 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 157.

158.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 158 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 158.

159.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 159 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 159.

160.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 160 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 160.

161.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 161 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 161

162.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 162 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 162.

163.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 163 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 163.

164.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 164 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 164.

165.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 165 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 165.

166.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 166 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 166.

167.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 167 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 167.

168.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 168 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 168.

169.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 169 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 169.

170.     B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 170 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 170.

171.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 171 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 171.

172.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 172 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 172.

173.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 173 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 173.

174.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 174 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 174.

175.    B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 175 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 175.

176.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 176 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations

set forth in paragraph 176.

177.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 177 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations

set forth in paragraph 177.

178.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 178 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations

set forth in paragraph 178.

179.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 171 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations

set forth in paragraph 171.

180.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 180 and leaves Plaintiff

to his proofs. To the extent an answer is required, B-Line denies the allegations

set forth in paragraph 180.

181.    B-Line lacks sufficient information or knowledge to form a belief regarding the

truth or falsity of the allegations set forth in paragraph 181 and leaves Plaintiff

1219031.1

to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 181.

## COUNT I: VIOLATIONS OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C § 1681

182.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 182 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 182.

183.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 183 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 183.

184.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 184 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 184.

185.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 185 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 185.

1219031.1

186.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 186 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 186.

187.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 187 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 187.

188.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 188 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 188.

189.   B-Line neither admits nor denies the allegations in Paragraph 189 of Complaint and leaves Plaintiff to his proofs.

190.   B-Line neither admits nor denies the allegations in Paragraph 190 of Complaint and leaves Plaintiff to his proofs.

191.   B-Line neither admits nor denies the allegations in Paragraph 191 of Complaint and leaves Plaintiff to his proofs.

192.   B-Line neither admits nor denies the allegations in Paragraph 192 of Complaint and leaves Plaintiff to his proofs.

193.   B-Line neither admits nor denies the allegations in Paragraph 193 of Complaint and leaves Plaintiff to his proofs.

194.    B-Line neither admits nor denies the allegations in Paragraph 194 of Complaint and leaves Plaintiff to his proofs.

195.    B-Line neither admits nor denies the allegations in Paragraph 195 of Complaint and leaves Plaintiff to his proofs.

196.    B-Line neither admits nor denies the allegations in Paragraph 196 of Complaint and leaves Plaintiff to his proofs.

197.    B-Line neither admits nor denies the allegations in Paragraph 197 of Complaint and leaves Plaintiff to his proofs.

## COUNT II: VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT BY DEFENDANTS

198.    B-Line repeats and re-alleges its answers contained in paragraphs 1 through 181 above.

199.    B-Line neither admits nor denies the allegations in Paragraph 199 of Complaint and leaves Plaintiff to his proofs.

200.    B-Line neither admits nor denies the allegations in Paragraph 200 of Complaint and leaves Plaintiff to his proofs.

201.    B-Line denies all legal and factual allegations set forth in paragraph 201.

## COUNT III: VIOLATIONS OF FLORIDA CONSUMER COLLECTION PRACTICES ACT )FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS

1219031.1

202. B-Line repeats and re-alleges its answers contained in paragraphs 1 through 181 above.

203. B-Line neither admits nor denies the allegations in Paragraph 203 of Complaint and leaves Plaintiff to his proofs.

204. B-Line neither admits nor denies the allegations in Paragraph 204 of Complaint and leaves Plaintiff to his proofs.

205. B-Line denies all factual and legal allegations set forth in Paragraph 205.

## COUNT IV

## INJUCTIVE RELIEF, 15 U.S.C § 1681

206. B-Line repeats and re-alleges its answers contained in paragraphs 1 through 181 above.

207. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 207 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 207.

208. B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 208 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 208.

1219031.1

209.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 209 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies the allegations set forth in paragraph 209.

210.   B-Line lacks sufficient information or knowledge to form a belief regarding the truth or falsity of the allegations set forth in paragraph 210 and leaves Plaintiff to his proofs. To the extent an answer is required, B-Line denies allegations set forth in paragraph 210.


## AFFIRMATIVE DEFENSES


i.   Plaintiff has failed to state a claim upon which relief may be granted according to FRCP 12(b)(6). Assuming Plaintiff's allegations are true, reporting information on Plaintiff's credit report cannot be a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. (hereinafter "FDCPA"), since reporting information to a third party is not an attempt to collect a debt from the Plaintiff. B-Line cannot be a debt collector since it does not regularly collect debts, as defined by the FDCPA.

ii.   Plaintiff's claims are barred by the doctrine of estoppel.

iii.   Plaintiff's claims are barred by the doctrine of unclean hands.

iv.   Plaintiff's claims are barred by the doctrine of laches.

v.   Any damages sustained by the Plaintiff herein were the direct and proximate result of Plaintiff's own actions and B-Line is not liable for any portion of said damages.

vi.   Plaintiff suffered no actual injury or damages.

1219031.1

vii. At all times herein, B-Line acted honestly, diligently and reasonably in its dealings with Plaintiff.

viii. On July 30, 2009, Plaintiff called B-Line and requested validation of his debt. B-Line did not own this debt, so a third party, Avalon Financial Services, LLC, validated the Plaintiff's debt.

ix. Plaintiff failed to comply with the FDCPA provision concerning cease and desist and no contact letter.


WHEREFORE, B-Line requests the following relief:


1. Dismissal of the Complaint in its entirety;

2. Awarding reasonable fees and costs against Plaintiff under FDCPA fee shifting provision for filing a Complaint without legal basis and proper investigation; and

3. For such other and further relief as this Court deems appropriate.


Dated this 5th day of April, 2010.

> /s/  Gary J Lublin
> Gary J Lublin, Esq
> Attorney for B-Line, LLC
> Florida Bar No.:  0542679
> 109 E Church St 5th fl – POB 3146
> Orlando FL  32802-3146

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by CM/ECF service to any parties electronically linked or by First Class U.S. Mail on this 5th day of April, 2010 to:

Larry Rumbough
840 Lilac Trace Ln
Orlando FL  32828

> /S/ Gary J. Lublin
> GARY J. LUBLIN