RECEIVED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA** APR -5 PM 4:5?
**ORLANDO DIVISION**

COURT
FLORIDA

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

     Plaintiff,

                                Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

     Defendants.

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO JEFFERSON CAPITAL SYSTEMS, LLC

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between

Plaintiff and Defendant Jefferson has been settled. Plaintiff has signed a Release and has

received the settlement check from Jefferson. Accordingly, pursuant to the Release, Plaintiff

dismisses with prejudice Jefferson from this action.

Dated: April 5, 2010

Respectfully submitted,

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 5th day of April, 2010 by U.S. Mail delivery to:

Brett L. Messinger
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

Samantha R. Powers
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Orlando, FL 32801

Stanley B. Erskine
The Law Offices of Erskine & Fleisher
55 Weston Road, Suite 300
Fort Lauderdale, FL 33326

Joseph E. Foster
Akerman Senterfitt
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Rachael M. Crews
GrayRobinson, P.A.
P.O. Box 3068
Orlando, FL 32802

Brian D. Degailler
Broussard, Cullen & DeGailler, P.A.
445 W. Colonial Drive
Orlando, FL 32804


Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859