UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECEIVED

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

Plaintiff,

Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

Defendants.

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT AS TO NATIONAL RECOVERY AGENCY, INC.

Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against National Recovery Agency, Inc., Defendant, for failure of said Defendant to plead or otherwise defend. Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this Application.

Dated: April 1, 2010

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

-v-

Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

### AFFIDAVIT OF FAILURE TO PLEAD OR DEFEND AS TO NATIONAL RECOVERY AGENCY, INC.

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on January 21, 2010 filed in this action a Complaint against the Defendants, including National Recovery Agency, Inc. (National);

3. That the Summons for National was issued in this matter on February 1, 2010;

4. That the Summons for National issued in this matter was served on National, at its principal place of business in Harrisburg, PA, on March 9, 2010;

5. That evidence of service of the Summons on National is being filed with the Court as an attachment to this Affidavit;

6. That not less than 21 days have elapsed since service of the Summons and Complaint upon National;

7. That examination of the Court files and records in this action shows that National has failed to plead or otherwise defend as to Plaintiff's Complaint;

8. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against National for failure to plead or otherwise defend as to Plaintiff's Complaint.

_____, Affiant
Larry Rumbough

Subscribed and sworn to before me this 1st day of April, 2010.

_____ Notary Public



MARGARET L. ROSE
MY COMMISSION # DD 738163
EXPIRES: December 26, 2011
Bonded Thru Notary Public Underwriters

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Larry Rumbough
*Plaintiff*

v.

Equifax, et al.
*Defendant*

Civil Action No. 6:10-cv-117-ORL-KRS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
National Recovery Agency, Inc.
2491 Paxton Street
Harrisburg, PA 17111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
CLERK OF COURT

Date: 2-1-10

*Signature of Clerk or Deputy Clerk*

# Office of the Sheriff



Mary Jane Snyder
Real Estate Deputy

William T. Tully
Solicitor

Charles E. Sheaffer
Chief Deputy

Michael W. Rinehart
Assistant Chief Deputy

Dauphin County
Harrisburg, Pennsylvania 17101
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
Sheriff

**Commonwealth of Pennsylvania**     :     LARRY RUMBOUGH
                                            VS
**County of Dauphin**                :     NATIONAL RECOVERY AGENCY, INC.

Sheriff's Return
No. 2010-T-0592
OTHER COUNTY NO. 117-ORL-KRS

And now: MARCH 9, 2010 at 2:37:00 PM served the within SUMMONS IN CIVIL ACTION upon NATIONAL RECOVERY AGENCY, INC. by personally handing to TASEY LEITZEL 1 true attested copy of the original SUMMONS IN CIVIL ACTION and making known to him/her the contents thereof at 2491 PAXTON STREET HARRISBURG PA 17111

HR DIR.

Sworn and subscribed to
before me this 10TH day of March, 2010

NOTARIAL SEAL
MARY JANE SNYDER, Notary Public
Highspire, Dauphin County
My Commission Expires Sept 1, 2010

So Answers,

Sheriff of Dauphin County, Pa.
By_____
Deputy Sheriff
Deputy: G MILLER
Sheriff's Costs: $41.25 3/8/2010

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 1st day of April, 2010 by U.S. Mail delivery to:

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

Samantha R. Powers
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Orlando, FL 32801

Stanley B. Erskine
The Law Offices of Erskine & Fleisher
55 Weston Road, Suite 300
Fort Lauderdale, FL 33326

Joseph E. Foster
Akerman Senterfitt
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Rachael M. Crews
GrayRobinson, P.A.
P.O. Box 3068
Orlando, FL 32802

Brian D. Degailler
Broussard, Cullen & DeGailler, P.A.
445 W. Colonial Drive
Orlando, FL 32804


_Larry Rumbough_
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859