**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

               Plaintiff,

-vs-                                               Case No. 6:10-cv-117-Orl-35KRS

EQUIFAX INFORMATION SERVICES, INC.,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, CBC
COMPANIES, CHEXSYSTEMS
COLLECTION AGENCY, INC., LEXISNEXIS
RISK SOLUTIONS FL, INC., LEXISNEXIS
SCREENING SOLUTIONS, INC., JEFFERSON
CAPITAL SYSTEMS, LLC, MANN
BRACKEN, LLC, LAW OFFICES OF
ERSKINE & FLEISHER, BANK OF
AMERICA CORPORATION, HSBC CARD
SERVICES, INC., CHECKNET, JP MORGAN
CHASE & CO., CAPITAL MANAGEMENT
SERVICES, LP, FIRSTSOURCE
ADVANTAGE, LLC, PFG OF MINNESOTA,
INC., RICHARD J. BOUDREAU &
ASSOCIATES, LLC, ALLIANCEONE
RECEIVABLE MANAGEMENT, INC.,
REGIONS BANK, GE CAPITAL LLC, NCO
FINANCIAL SYSTEMS, INC., B-LINE, LLC,
B-REAL, LLC, PHILLIPS & COHEN
ASSOCIATES, LTD. CORPORATION,
AVALON FINANCIAL SERVICES, LLC,
CAPITAL ONE BANK, FIRST PREMIER
BANK, COLLECTCORP CORPORATION,
SUNTRUST BANK, ACS EDUCATION
SERVICES, INC., NATIONAL RECOVERY
AGENCY, INC., LEADING EDGE
RECOVERY SOLUTIONS, LLC, GALAXY
PORTFOLIOS, LLC, AMERICAN EXPRESS
COMPANY, CITIFINANCIAL, INC.,

               **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **National Recovery Agency, Inc.** in Orlando, Florida on this  9th  day of April, 2010.

SHERYL L. LOESCH, CLERK

By:    s/R. Olsen, Deputy Clerk

Copies furnished to:

Counsel of Record