UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated;
as a private attorney general;

    Plaintiff,

v.                                       Case No.:6:10-cv-117-Orl-MSS-DAB

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; et al.

    Defendants.

_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel for Defendant, ACS EDUCATION SERVICES, INC., files this Notice of Unavailability from June 21, 2010 through June 25, 2010, and requests that no matters in the above-referenced case be scheduled due to the unavailability of the undersigned counsel of record.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically transmit notice via Notice of Electronic Filing generated by CM/ECF. The foregoing has been furnished via

U.S. Mail, First Class, postage prepaid, this ___14th___ day of April, 2010 upon LARRY RUMBOUGH, 840 Lilac Trace Lane, Orlando, Florida 32828.

_____
Brian D. DeGailler, Esquire
Florida Bar Number: 283703
Broussard, Cullen & DeGailler, P.A.
445 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 649-8717
Facsimile: (407) 649-8680
Attorney for the Defendant,
ACS EDUCATION SERVICES, INC.