RECEIVED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

      Plaintiff,

                                    Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

      Defendants.

## PLAINTIFF'S RESPONSE TO MOTION OF DEFENDANTS LEXISNEXIS SCREENING SOLUTIONS INC. AND LEXISNEXIS RISK SOLUTIONS FL INC. TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT

      Plaintiff, Larry Rumbough, hereby responds to Motion of Defendants LexisNexis Screening Solutions Inc. ("LNSS") and LexisNexis Risk Solutions FL Inc. ("LNRSF") to Dismiss Plaintiff's Complaint and Memorandum in Support, and states:

      1. Plaintiff accepts LNSS and LNRSF's contention that his current Complaint is not totally adequate in its description of the alleged violations of law by LNSS and LNRSF.

      2. However, dismissal of Plaintiff's claims against LNSS and LNRSF is too harsh of a remedy, especially for a pro se party. It would be more appropriate for Plaintiff to amend his complaint to better set forth the legal and factual bases for his claims against LNSS and LNRSF.

      WHEREFORE, Plaintiff requests that the Court deny Defendants LexisNexis' Motion to Dismiss Plaintiff's Complaint and allow Plaintiff 20 days to amend his Complaint.

Joseph E. Foster
Akerman Senterfitt
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401

Rachael M. Crews
GrayRobinson, P.A.
P.O. Box 3068
Orlando, FL 32802

Brain D. DeGailler
Broussard, Cullen & DeGailler, P.A.
445 W. Colonial Drive
Orlando, FL 32804

Gary J. Lublin
109 E. Church Street 5th Floor
P.O. Box 3146
Orlando, FL 32802


_____
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

Dated: April 15, 2010

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 15th day of April, 2010 by U.S. Mail delivery to:

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 1391
Orlando, FL 32802

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

Samantha R. Powers
Foley & Lardner LLP
111 N. Orange Avenue, Suite 1800
Orlando, FL 32801

Stanley B. Erskine
The Law Offices of Erskine & Fleisher
55 Weston Road, Suite 300
Fort Lauderdale, FL 33326