RECEIVED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANT HSBC CARD SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW

Plaintiff, Larry Rumbough, hereby responds to Defendant HSBC Card Services, Inc.'s (HSBC) Motion to Dismiss Plaintiff's Complaint and Memorandum of Law, and states:

1. It is difficult to comprehend the basis for HSBC's motion, which appears to have been filed in bad faith.

2. The Complaint specifies that HSBC illegally pulled Plaintiff's credit report, illegally failed to conduct a proper investigation of Plaintiff's disputes, and repeatedly failed to inform the credit reporting agencies that the account was in dispute.

3. If true, and Plaintiff affirmatively asserts that these statements are true, these actions are inherently clear-cut violations of the Fair Credit Reporting Act. There are sufficient factual allegations in the Complaint to defeat a motion to dismiss.

4. HSBC took Plaintiff's account, which was in good standing, had never been late, and had a negative balance, and illegally charged it off. Plaintiff would be happy to outline the specifics of these actions in an Amended Complaint or through the normal course of discovery.

5. Plaintiff respectfully requests that the Court take notice of the well-pleaded allegations of the *pro se* Plaintiff's complaint, which this Court must accept as true at this juncture of the proceedings, and which, in light of the Plaintiff's *pro se* status, the Court must hold to a less stringent standard than formal pleadings drafted by an attorney and

construe liberally. See Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596, 30 L.Ed. 2d 652 (1972).

WHEREFORE, Plaintiff requests that the Court deny HSBC's Motion to Dismiss Plaintiff's Complaint.

Dated: April 29, 2010

Respectfully submitted,

*[signature]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list and delivered this 29th day of April, 2010 by U.S. Mail delivery to:

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401

*[signature]*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859