UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

v.                                 Case No. 6:10-CV-117-ORL-35DAB

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION SOLUTIONS,
INC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Voluntary Dismissals with Prejudice as to Defendants Checknet and GE Capital LLC (Dkts. 104 and 106) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice as to Defendants Checknet and GE Capital LLC**. The parties have resolved all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to **TERMINATE** Defendants Checknet and GE Capital LLC only.

**DONE** and **ORDERED** in Orlando, Florida, this 10th day of May 2010.

Copies furnished to:
Counsel of Record

                                     MARY S. SCRIVEN
                                     UNITED STATES DISTRICT JUDGE