**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,          **CASE NO.: 6:10-cv-117-ORL-19KRS**

    Plaintiff,          **Civil Action**

vs.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

    Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELPHONICALLY AT THE CASE MANAGEMENT CONFERNECE**

COMES NOW, Defendant AllianceOne Inc., in the Complaint, and files its Motion to Appear Telephonically at the Case Management Conference, and states:

1. Pursuant to the Case Management Order, lead counsel must appear in person at the Case Management Conference and cannot appear telephonically unless permitted by Court Order. (DE 2).

2. The Plaintiff has contacted all counsel of record and all the parties of record have agreed to schedule the Case Management Conference on June 30, 2010 at 3:00 p.m. in downtown Orlando.

3. AllianceOne Inc.'s counsel is located outside of Orlando in Tampa, FL.

4. Defendant request this court to allow Defendant to appear via telephone for the Case Management Conference for convenience of the parties, and in an effort to avoid unnecessary costs and expenses.

5. Defendant's appearance by telephone would not negatively impact the conference process.

6. Defendant's counsel has held numerous Case Management Conferences via telephone without hindrance to completion of the Case Management Report.

7. Defendants have contacted *Pro Se* Plaintiff with regards to the instant motion and *Pro Se* Plaintiff does oppose this motion and Defendants' appearance telephonically at said conference.

8. Defendant requests an order from this Court allowing Defendant to attend the Discovery Case Management Conference via telephone.

        Respectfully submitted,

        ___/s/ Dale T. Golden_____
        DALE T. GOLDEN, ESQUIRE
        **GOLDEN & SCAZ, PLLC**
        2124 W. Kennedy Blvd., Suite A
        Tampa, Florida 33606
        813-251-5500 (p)
        813-251-3675 (f)
        dale.golden@goldenscaz.com
        **Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 11th day of June, 2010.

        ___/s/ Dale T. Golden_____
        DALE T. GOLDEN, ESQUIRE