**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LARRY RUMBOUGH, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:10-cv-117-ORL-KRS |
| | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| and TRANS UNION LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

<u>XXX</u>  IS

related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or State court, or administrative agency as indicated below:

CASE NO. 6:07-CV-1136-GKS-UAM, MDFL, Orlando.

_____

_____

_____  IS NOT

related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or State court, or administrative agency as indicated below:

_____

_____

_____

I further certify that I will serve a copy of the NOTICE OF PENDENCY OF OTHER

ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: June 23, 2010                          Respectfully submitted,

                                              **EQUIFAX INFORMATION SERVICES LLC**


                                              */s/ Andrea N. Zdaniewski*
                                              Andrea N. Zdaniewski, Esquire
                                              anz@thompsongoodis.com
                                              Florida Bar Number: 0647330
                                              James B. Thompson, Jr., Esquire
                                              Jtthompson@thompsongoodis.com
                                              Florida Bar Number: 0872938
                                              Jason M. Stedman, Esquire
                                              jms@thompsongoodis.com
                                              Florida Bar Number: 0184888
                                              Thompson, Goodis, Thompson, Groseclose,
                                              Richardson & Miller, P.A.
                                              P.O. Box 90
                                              St. Petersberg, Florida 33731
                                              Telephone: (727) 823-0540
                                              Facsimile: (727) 823-0230

                                              Of Counsel:

                                              J. Anthony Love
                                              Florida Bar No. 67224
                                              King & Spalding, LLP
                                              1180 Peachtree Street, NW
                                              Atlanta, GA  30309
                                              Telephone:  404/572-4600
                                              Facsimile: 404/572-5100
                                              Email: tlove@kslaw.com

                                              Attorneys for Defendant Equifax Information
                                              Services LLC

## CERTIFICATE OF SERVICE

We certify that on this 23rd day of June, 2010, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record and copies furnished by U.S. mail to parties who were not provided a copy by the CM/ECF system.

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
*Pro Se Plaintiff*

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman
390 N. Orange Ave., Suite 1500
P.O. Box 1391
Orlando, Florida 32802-1397
*Attorneys for Defendant ChexSystems*

Rachael M. Crews
GrayRobinson, PA
301 E. Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802-3068
*Attorneys for Defendant LexisNexis*

Cheryl E. Rose
Offit Kurman
12154 Darnestown Road
Box 623
Gaithersburg, Maryland 20878
*Attorneys for Defendant Mann Bracken, LLC*

Dayle Marie Van Hoose
Elizabeth Katherine Fite Blanco
Kenneth C. Grace
Sessions, Fishman, Nathan & Israel LLC
3350 Buschwood Park Dr., Suite 195
Tampa, Florida 33618
*Attorneys for Defendant NCO Financial*

Stanley B. Erskine
Law Offices of Erskine & Fleisher
55 Weston Road, Suite 300
Ft. Lauderdale, Florida 33326
*Attorneys for the Law Offices of Erskine & Fleisher*

Christi Adams
Samantha Rae Powers
Foley & Lardner, LLP
111 N. Orange Ave., Suite 1800
P.O. Box 2193
Orlando, Florida 32802-3235
*Attorneys for Defendant Bank of America*

Jason D. Joffe
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Blvd., 41st Floor
Miami, Florida 33131-2398
*Attorneys for Defendant HSBC*

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Blvd., Suite A
Tampa, Florida 33606
*Attorneys for Defendant AllianceOne*

Gary J. Lublin
Rush, Marshall, Jones & Kelly PA
109 E. Church Street, 5th Floor
P.O. Box 3146
Orlando, Florida 32802-3146
*Attorneys for Defendants B-Line & B-Real LLC*

Joseph E. Foster
Akerman Senterfitt
420 S. Orange Ave., Suite 1200
P.O. Box 231
Orlando, Florida 32801
*Attorneys for Defendant SunTrust Bank*

Brian D. DeGailler
Broussard, Cullen & DeGailler, PA
445 W. Colonial Drive
Orlando, Florida 32804-6801
*Attorneys for Defendant ACS Education Services*

Thomas Tierney
Rossway Moore & Taylor
The Modern One Building
2101 Indian River Boulevard
Suite 200
Vero Beach, Florida 32960
Telephone: (772) 231-4440
Facsimile: (772) 231-4430
ttierney@verobeachlawyers.com

Attorneys for Defendant Experian
Information Solutions, Inc.

Tracy A. Marshall
GRAY|ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801

Attorneys for Defendant Trans Union, LLC

/s/ Andrea N. Zdaniewski
Andrea N. Zdaniewski, Esquire
anz@thompsongoodis.com
Florida Bar Number: 0647330
James B. Thompson, Jr., Esquire
Jtthompson@thompsongoodis.com
Florida Bar Number: 0872938
Jason M. Stedman, Esquire
jms@thompsongoodis.com
Florida Bar Number: 0184888
Thompson, Goodis, Thompson, Groseclose,
Richardson & Miller, P.A.
P.O. Box 90
St. Petersberg, Florida 33731
Telephone: (727) 823-0540
Facsimile: (727) 823-0230

Of Counsel:

J. Anthony Love
Florida Bar No. 67224
King & Spalding, LLP
1180 Peachtree Street, NW

Atlanta, GA  30309
Telephone:  404/572-4600
Facsimile: 404/572-5100
Email: tlove@kslaw.com

Attorneys for Defendant Equifax Information
Services LLC