# EXHIBIT C

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**
      Plaintiff,

-vs-                                 Case No. 6:07-cv-1136-Orl-18GJK

**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,**
      Defendants.

## ORDER

THIS CAUSE comes before the Court on Defendants Trans Union, LLC., Equifax Information Services, LLC., and Experian Information Solutions, LLC.'s ("Defendants") Motion for Security of Costs, (Doc. 35, filed April 23, 2008) to which Plaintiff failed to respond. Plaintiff brings this action seeking damages for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., and for the tort of defamation. Having reviewed the motion and memorandum, the Court GRANTS Defendants' motion. Plaintiff is hereby ORDERED to post a bond in the amount of $3,000.00 with the Clerk of the Court.

A district court has the inherent power to require a plaintiff to post a bond securing the cost of defending an action. Ehm v. Amtrak Bd. of Directors, 780 F.2d 516, 517 (5th Cir. 1986). While such measures are not often used, three factors should be considered to determine if a bond is appropriate: (1) the probability of the plaintiff's success on the merits, (2) the background and purpose of the suit, and (3) the reasonableness of the amount of the bond

viewed from the perspective of both the plaintiff and defendant. Aggarwal v. Ponce School of Medicine. 745 F.2d 723, 727-28 (1st Cir. 1984).

Considering these factors, the Court finds that there is a strong probability that this suit is frivolous, that Plaintiff has a background as a frequent pro se litigator, and that $3,000.00 is a reasonable amount considering that Plaintiff has named three separate Defendants, each requiring separate representation. As there is nothing in the record addressing the reasonableness of the bond amount from Plaintiff's perspective, the bond may be reduced, upon motion by the Plaintiff, if the amount is shown to be unreasonable.

In light of these findings, Defendants' Motion for Security of Costs is **GRANTED**. Plaintiff is **ORDERED** to post a bond in the amount of $3,000.00 with the Clerk of the Court. If Plaintiff does not post the bond within twenty (20) days of this Order. if Plaintiff's claims are found to be frivolous. or if this action is found to have been brought for any improper purpose, the bond may be subject to forfeiture, the Court may dismiss the complaint, or other sanctions may be applied.

**DONE** and **ORDERED** in Orlando. Florida on this 25 day of June, 2008.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-