# EXHIBIT D

Case 6:10-cv-00117-MSS-DAB   Document 123-4   Filed 06/23/10   Page 2 of 3
Case 6:07-cv-01136-GKS-GJK   Document 75   Filed 11/13/2008   Page 1 of 2
Case 6:07-cv-01136-GKS-GJK   Document 74-4   Filed 11/10/2008   Page 1 of 4

♭ AO 133     (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

LARRY RUMBOUGH,
PLAINTIFF,

**BILL OF COSTS**

V.

EQUIFAX INFORMATION SERVICES LLC,
ET. AL., DEFENDANTS.

Case Number: 6:07-CV-01136-GKS-GJK

Judgment having been entered in the above entitled action on October 27, 2008 against Plaintiff, Larry Rumbough, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ........................................................................................................................... | $_____ |
| Fees for service of summons and subpoena ................................................................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case. | _____ $2,269.48 |
| Fee and disbursements for printing........................................................................................... | _____ |
| Fees for witnesses (itemize on reverse side)............................................................................... | _____ $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.................. | _____ $ |
| Docket fees under 28 U.S.C. 1923............................................................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................................................ | _____ |
| Compensation of court-appointed experts …………................................................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........ | _____ |
| Other costs (please itemize) ...................................................................................................... | _____ |
| TOTAL | _____ $2,269.48 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage

prepaid to _____ Larry Rumbough, 840 Lilac Trace, Orlando, FL 32823-7246.

Signature of Attorney: /s/ Michael D. Douglas _____

Name of Attorney:   Michael D. Douglas

For:   Defendant, Equifax Information Services LLC                              Date: November 10, 2008

Name of Claiming Party

Costs are taxed in the amount of $2,269.48                and included in the judgment.

SHERYL L. LOESCH           By:   C. Jourton            11-13-08
Clerk of Court                     Deputy Clerk                         Date

ATLLIB01 2041605.1