**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| LARRY RUMBOUGH,<br><br>    Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CBC COMPANIES; CHEXSYSTEMS COLLECTION AGENCY, INC.; LEXISNEXIS RISK SOLUTIONS FL INC.; LEXISNEXIS SCREENING SOLUTIONS INC.; JEFFERSON CAPITAL SYSTEMS, LLC; MANN BRACKEN, LLC; LAW OFFICES OF ERSKINE & FLEISHER; BANK OF AMERICA CORPORATION; HSBC CARD SERVICES, INC.; CHECKNET; JPMORGAN CHASE & CO.; CAPITAL MANAGEMENT SERVICES, LP; FIRSTSOURCE ADVANTAGE, LLC; PFG OF MINNESOTA, INC.; RICHARD J. BOUDREAU & ASSOCIATES, LLC; ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; REGIONS BANK; GE CAPITAL LLC; NCO FINANCIAL SYSTEMS, INC.; B-LINE, LLC; B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES, LTD., CORP.; AVALON FINANCIAL SERVICES, LLC; CAPITAL ONE BANK; FIRST PREMIER BANK; COLLECTCORP CORPORATION; SUNTRUST BANK; ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, L.L.C.; GALAXY PORTFOLIOS, LLC; AMERICAN EXPRESS COMPANY; and CITIFINANCIAL, INC.,<br><br>    Defendants. | Case No. 6:10-cv-117- MSS-DAB |

**EQUIFAX INFORMATION SERVICES LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Dated: June 23, 2010
St. Petersburg, Florida

Respectfully submitted,

**EQUIFAX INFORMATION SERVICES LLC**

*/s/ Andrea N. Zdaniewski*
Andrea N. Zdaniewski, Esquire
anz@thompsongoodis.com
Florida Bar Number: 0647330
James B. Thompson, Jr., Esquire
Jtthompson@thompsongoodis.com
Florida Bar Number: 0872938
Jason M. Stedman, Esquire
jms@thompsongoodis.com
Florida Bar Number: 0184888

        Thompson, Goodis, Thompson, Groseclose,
Richardson & Miller, P.A.
P.O. Box 90
St. Petersberg, Florida 33731
Telephone: (727) 823-0540
Facsimile: (727) 823-0230

Of Counsel:

J. Anthony Love
Florida Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, NW
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile: (404) 572-5100
Email: tlove@kslaw.com

Attorneys for Defendant Equifax Information Services LLC