IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CBC COMPANIES; CHEXSYSTEMS COLLECTION AGENCY, INC.; LEXISNEXIS RISK SOLUTIONS FL, INC.; LEXISNEXIS SCREENING SOLUTIONS, INC.; JEFFERSON CAPITAL SYSTEMS, LLC; MANN BRACKEN, LLC; LAW OFFICES OF ERSKINE & FLEISHER; BANK OF AMERICA CORPORATION; HSBC CARD SERVICES, INC.; CHECKNET; JP MORGAN CHASE & CO.; CAPITAL MANAGEMENT SERVICES, LP; FIRSTSOURCE ADVANTAGE, LLC; PFG OF MINNESOTA, INC.; RICHARD J. BOUDREAU & ASSOCIATES, LLC; ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; REGIONS BANK; GE CAPITAL LLC; NCO FINANCIAL SYSTEMS, INC.; B-LINE, LLC; B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES, LTD. CORPORATION; AVALON FINANCIAL SERVICES, LLC; CAPITAL ONE BANK; FIRST PREMIER BANK; COLLECTCORP CORPORATION; SUNTRUST BANK; ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, LLC; GALAXY PORTFOLIOS, L.L.C.; AMERICAN EXPRESS COMPANY; and CITIFINANCIAL, INC.

CASE NO.
6:10-cv-00117-MSS-DAB

        Defendants.

**TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Trans Union LLC ("Trans Union"), incorrectly named Transunion LLC, this Certificate of Interested Parties disclosing the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of person, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations,

1

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

  A.  Larry Rumbough – Plaintiff, Pro Se

  B.  Equifax Information Services, LLC - Defendant

  C.  Experian Information Solutions, Inc. - Defendant

  D.  CBC Companies - Defendant

  E.  Chexsystems Collection Agency, Inc. - Defendant

  F.  Richard B. Weinman of Winderweedle, Haines, Ward & Woodman as counsel for Chexsystems Collection Agency, Inc.

  G.  Richard B. Weinman of Winderweedle, Haines, Ward & Woodman as counsel for and Regions Bank

  H.  Lexisnexis Risk Solutions Fl, Inc. - Defendant

  I.  Lexisnexis Screening Solutions, Inc. - Defendant

  J.  Rachael M. Crews of GrayRobinson, P.A. as counsel for Lexisnexis Risk Solutions Fl, Inc. and Lexisnexis Screening Solutions, Inc

  K.  Jefferson Capital Systems, LLC - Defendant

  L.  Harvey Gurland of Duane Morris, LLP as counsel for Jefferson Capital Systems, LLC

  M.  Warren Zaffuto of Duane Morris, LLP as counsel for Jefferson Capital Systems, LLC

  N.  Mann Bracken, LLC - Defendant

  O.  Cheryl Rose of Offit Kurman as counsel for Mann Bracken, LLC

  P.  Law Offices Of Erskine & Fleisher – Defendant

  Q.  Stanely Erskine of Law Offices Of Erskine & Fleisher as counsel for Law Offices Of Erskine & Fleisher

  R.  Bank Of America Corporation – Defendant

  S.  Christie Adams of Foley & Lardner, LLP as counsel for Bank Of America Corporation

  T.  Samantha Powers of Foley & Lardner, LLP as counsel for Bank Of America Corporation

U. HSBC Card Services, Inc. – Defendant

V. Jason Joffe of Squire, Sanders & Dempsey, LLP as counsel for HSBC Card Services, Inc.

W. Traci Rollins of Squire, Sanders & Dempsey, LLP as counsel for HSBC Card Services, Inc.

X. Checknet - Defendant

Y. JP Morgan Chase & Co. - Defendant

Z. Capital Management Services, LP - Defendant

AA. Firstsource Advantage, LLC - Defendant

BB. PFG Of Minnesota, Inc. - Defendant

CC. Richard J. Boudreau & Associates, LLC - Defendant

DD. AllianceOne Receivables Management, Inc. – Defendant

EE. Dale Golden of Golden & Scaz PLLC as counsel for AllianceOne Receivables Management, Inc.

FF. Regions Bank - Defendant

GG. GE Capital LLC - Defendant

HH. NCO Financial Systems, Inc. - Defendant

II. Dayle Van Hoose of Sessions, Fishman, Nathan & Israel, LLC as counsel for NCO Financial Systems, Inc. and Phillips & Cohen Associates, Ltd. Corporation

JJ. Elizabeth Blanco of Sessions, Fishman, Nathan & Israel, LLC as counsel for NCO Financial Systems, Inc.

KK. Kenneth Grace of Sessions, Fishman, Nathan & Israel, LLC as counsel for NCO Financial Systems, Inc.

LL. B-Line, LLC - Defendant

MM. B-Real, LLC Defendant

NN. Gray Lublin of Rush, Marshall, Jones & Kelly, PA of counsel for B-Line, LLC, B-Real, LLC, and Avalon Financial Services, LLC

OO. Phillips & Cohen Associates, Ltd. Corporation - Defendant

PP.    Avalon Financial Services, LLC - Defendant

QQ.    Capital One Bank - Defendant

RR.    First Premier Bank - Defendant

SS.    Collectcorp Corporation

TT.    Suntrust Bank - Defendant

UU.    Joseph E. Foster of Ackerman Senerfitt as counsel for SunTrust Bank

VV.    ACS Education Services, Inc. - Defendant

WW.    Brian DeGailler of Broussard, Cullen & Degailler, PA as counsel for ACS Education Services, Inc

XX.    National Recovery Agency, Inc. – Defendant

YY.    Leading Edge Recovery Solutions, LLC – Defendant

ZZ.    Galaxy Portfolios, L.L.C. - Defendant

AAA.   American Express Company - Defendant

BBB.   Guy Shir of Kahan Shir, PL as counsel for American Express Company

CCC.   Citifinancial, Inc. - Defendant

DDD.   Trans Union LLC. - Defendant

EEE.   TransUnion Corp., Parent Company of Trans Union LLC

FFF.   Tracy Marshall of GrayRobinson P.A. as counsel for Trans Union LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   A. None, no part of Trans Union is publicly held.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

   A. None, Trans Union is unaware of any other entity which is likely to be an active participant in the proceedings at this time.

4

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    A.  None, Trans Union LLC is unaware of such entities. Trans Union LLC does reserve the right to make a petition for a Bill of Costs and/or Attorney's fees should it prevail in this matter.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.


June 23, 2010

                Respectfully submitted,

                *s/ Tracy Marshall*
                **TRACY MARSHALL**
                Florida Bar No: 0863300
                tmarshall@gray-robinson.com
                **GRAYROBINSON, P.A.**
                301 East Pine Street, Suite 1400
                Orlando, FL 32801
                (407) 843-8880
                (407) 244-5690 Fax

                **Counsel for Trans Union LLC**
                ***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard B. Weinman
rweinman@whww.com
Winderweedle, Haines, Ward & Woodman
390 N Orange Ave, Ste 1500
PO Box 1391
Orlando, FL 32802-1391
407-423-4246
407-423-7014 (Fax)
***Counsel for ChexSystems Collection Agency, Inc. & Regions Bank***

Christi Adams
cadams@foley.com
Samantha Rae Powers
spowers@foley.com
Foley & Lardner, LLP
111 N Orange Ave - Ste 1800
PO Box 2193
Orlando, FL 32802-2193
407-244-3235
407-648-1743 (Fax)
***Counsel for Bank of America Corporation***

Dale Thomas Golden
dale.golden@goldenscaz.com
Golden & Scaz, PLLC
2124 W Kennedy Blvd, Suite A
Tampa, FL 33606
813-251-5500
813-251-3675 (Fax)
***Counsel for AllianceOne Receivables Management, Inc.***

Gary Jay Lublin
garylublin@aol.com
Rush, Marshall, Jones & Kelly, PA
109 E Church St - 5th Flr
PO Box 3146
Orlando, FL 32802-3146
407-425-5500
407-423-0554 (Fax)

Rachael Mahaffey Crews
rcrews@gray-robinson.com
GrayRobinson, PA
301 E Pine St - Ste 1400
PO Box 3068
Orlando, FL 32802-3068
407-244-5666
407-244-5690 (Fax)
***Counsel for LexisNexis Risk Solutions FL, Inc. & LexisNexis Screening Solutions, Inc***

Jason Daniel Joffe
jjoffe@ssd.com
Traci H. Rollins
trollins@ssd.com
Squire, Sanders & Dempsey, LLP
200 S Biscayne Blvd, 41st Floor
Miami, FL 33131-2398
305-577-7000
305-577-7001 (Fax)
***Counsel for HSBC Card Services, Inc***

Stanley B. Erskine
stanley_erskine@eflaw.net
Law Offices of Erskine & Fleisher
55 Weston Rd, Suite 300
Ft Lauderdale, FL 33326
954-384-1490 Ext. 252
***Counsel for Law Offices of Erskine & Fleisher***

Dayle Marie Van Hoose
dvanhoose@sessions-law.biz
Elizabeth Kathryn Fite Blanco
eblanco@sessions-law.biz
Kenneth Cleburne Grace
kgrace@sessions-law.biz
Sessions, Fishman, Nathan & Israel
3350 Buschwood Park Dr, Suite 195

6

**Counsel for B-Line, LLC, B-Real, LLC, & Avalon Financial Services, LLC**

Tampa, FL 33618
813-890-2463
866-466-3140 (Fax)
**Counsel for NCO Financial Systems, Inc. & Phillips & Cohen Associates, Ltd.**

Joseph E. Foster
ed.foster@akerman.com
Akerman Senterfitt
420 S Orange Ave - Ste 1200
PO Box 231
Orlando, FL 32801
407-423-4000
407-254-4236 (Fax)
**Counsel for SunTrust**

Brian Douglas DeGailler
briand@bcdorlando.com
Broussard, Cullen & DeGailler, PA
445 W Colonial Dr
Orlando, FL 32804-6801
407-649-8717
407-649-8680 (Fax)
**Counsel for ACS Education Services, Inc**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Larry Rumbough   *(Via CM/RRR)*
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859
**Plaintiff Pro Se**

Cheryl E. Rose   *(Via U.S. Mail)*
Offit Kurman
12154 Darnestown Road
Box 623
Gaithersburg, MD 20878
301-527-7789
**Counsel for Mann Bracken, LLC**

        *s/ Tracy Marshall*

7