**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,                                    Case No.: 6:10-cv-00117-MSS-DAB

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
et al.

      Defendants.
_____/

**CITIFINANCIAL, INC.'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

      Defendant, CitiFinancial, Inc., by and through its undersigned counsel, hereby moves for an extension of time through July 8, 2010, to respond to Plaintiff's Complaint (the "Complaint") and, in support thereof, states:

      1.    The undersigned counsel needs additional time to properly evaluate the issues raised in the Complaint.

      2.    This Motion is being filed in good faith and the brief extension of time to respond will not prejudice any party to this action.

      3.    The undersigned has attempted to contact the Plaintiff to see whether or not he has any objection to this Motion; however, the undersigned was unable to obtain Plaintiff's consent to the extension prior to the filing of this Motion.

WHEREFORE, Defendant, CitiFinancial, Inc. respectfully requests that the Court enter an Order granting CitiFinancial, Inc. an extension of time through July 8, 2010, to respond to Plaintiff's Complaint and to grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Shayne A. Thomas
W. Glenn Jensen, Esquire
Florida Bar No.: 0126070
Shayne A. Thomas, Esquire
Florida Bar No.: 0585025
ROETZEL & ANDRESS, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone:  407.896.2224
Facsimile:  407.835.3596
Counsel for CitiFinancial, Inc.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 24th day of June, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Larry Rumbough, 840 Lilac Trace Lane, Orlando, Florida 32828.

                                    /s/ Shayne A. Thomas
                                    Shayne A. Thomas