UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

vs.                              Case Number: 6:10-CV-117-ORL-KRS

EQUIFAX INFORMATION SYSTEMS, LLC;
EXPERIN INFORMATION SOLUTIONS, INC;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC;
LEXISNEXIS RISK SOLUTIONS FL INC.;
JEFFERSON CAPITAL SYSTEMS, LLC.,
MANN BRACKEN, LLC.; LAW OFFICES OF
ERSKINE & FLEISHER; BANK OF AMERICA
CORPORATION; HSBC CARD SERVICES, INC.;
CHECKNET; JPMORGAN CHASE & CO.;
CAPITAL MANAGEMENT SERVICES, LP;
FIRSTSOURCE ADVANTAGE, LLC.;
PFG MMINNESOTA, INC.; RICHARD J. BOUDREAU
& ASSOCIATES, LLC.; ALLIANCEONE RECEIVABLES
MANAGEMENT, FINANCIAL SYSTEMS, INC.;
B-LINE, LLC.; B-REAL LLC; PHILLIPS & COHEN
ASSOCIATES, LTD. CORP.; AVALON FINANCIAL
SERVICES, LLC; CAPITAL ONE BANK FIRST PREMIER
BANK; COLLECTCORP CORPORATION; SUNTRUST BANK;
ACS EDUCATION SERVICES, INC.; NATIONAL RECOVERY
AGENCY, INC.; LEADING EDGE RECOVERY SOLUTIONS, LLC;
GALAXY PROFOLIOS, LLC.;
AMERICAN EXPRESS COMPANY; and
CITIFINANCIAL, INC.;
_____/

### THE DEFENDANT THE LAW OFFICES OF ERSKINE & FLEISHER'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO RULE 201(B) OF THE FEDERAL RULES OF EVIDENCE IN SUPPORT OF THE DEFENDANT'S MOTION TO STAY PURSUANT TO RULE 41(d) AND MOTION TO DIRECT THE PLAINTIFF TO POST A SECURITY COST BOND AND OTHER MATTERS AND MEMORANDUM OF LAW IN SUPPORT OF SAME

Comes now the Defendant THE LAW OFFICES OF ERSKINE & FLEISHER, (herein after referred to as "E&F") and hereby files this its Request for Judicial Notice Pursuant to Rule 201(B) of the Federal Rules of Evidence in Support of the Defendant's Motion to Stay pursuant to Rule 41(d) and Motion to Direct the Plaintiff to Post A Security Cost Bond and states the following, to

wit:

1.  E&F has filed a Motion to Stay Pursuant to Rule 41 (d) and a Motion to Direct the Plaintiff to post a Security Cost Bond. (See docket entry #131). In support of the latter motions filed by E&F, E&F has created an index of the cases referred to within the foregoing Motions and affixed to the Motion as Exhibits are the Court dockets for each case described therein along with certain select pleadings.

2.  That the Court dockets and pleadings in issue are matters of public record in the County Court and the Circuit Court in and for the 9th Judicial Circuit in and for Orange County Florida, the 5th District Court of Appeals in and for the State of Florida, and various federal causes of action within this Circuit, except Exhibit items A:64 to A:70 and A:78 to A:96 which were in reply to a Subpoena served on E&F regarding the Federal Suit per Exhibit A:126. Exhibit A:205 is from the online website of the Florida Supreme Court affirming that the Plaintiff is certified as a Court Mediator as approved by the Florida Supreme Court.

***MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANT'S E&F'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO RULE 201(b) OF THE FEDERAL RULES OF EVIDENCE***

3.  Pursuant to Rule 2.01(b) of the Federal Rules of Evidence, a US District Court can take judicial knowledge of certain facts. The latter is especially the case as it applies to public records. Valiente v. Dine Equity, Inc., 2009 WL 1226743 (D.Kan., 2009). The Rule is equally applicable to all Court proceedings in and outside the Federal Judicial System. LimeStone Development Corp. v. Village of LeMont, K.A. 473 F. Supp. 2d. 858 (N.D. Il., 2007).

WHEREFORE all premises considered, it is respectfully prayed this Honorable Court enter an Order taking Judicial Notice of the Exhibits described heretofore and incorporated herein by reference and entitled Exhibit A:1 through and including Exhibit A:205 to the foregoing motions.

Respectfully submitted this 25th day of June, 2010.

        Respectfully submitted,
        STANLEY B. ERSKINE, Esquire
        The Law Offices of ERSKINE & FLEISHER
        Attorneys for the Law Offices of Erskine & Fleisher
        Florida Bar Number: 264547
        Suite 300, 55 Weston Road
        Fort Lauderdale, Florida 33326
        Telephone No. (954) 384-1490
        Telecopier No. (954) 384-4088
        Email: Customerservice@Eflaw.net

By: _____
     STANLEY B. ERSKINE, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25<sup>th,</sup> 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Larry Rumbough, Plaintiff at 840 Lilac Trace Lane, Orlando, Florida 32828 by First Class US Mail, and also via email to him at <u>lrumbough@yahoo.com</u> and to all other parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronic Notices of Electronic Filing.

By: _____
     STANLEY B. ERSKINE, Esquire