IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LARRY RUMBOUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 6:10-cv-117-MSS-DAB |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC; ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ) | |
| TRANSUNION LLC; CBC COMPANIES; ) | |
| CHEXSYSTEMS COLLECTION AGENCY, INC.; ) | |
| LEXISNEXIS RISK SOLUTIONS FL INC.; ) | |
| LEXISNEXIS SCREENING SOLUTIONS INC.; ) | |
| JEFFERSON CAPITAL SYSTEMS, LLC; MANN ) | |
| BRACKEN, LLC; LAW OFFICES OF ERSKINE ) | |
| & FLEISHER; BANK OF AMERICA ) | |
| CORPORATION; HSBC CARD SERVICES, INC.; ) | |
| CHECKNET; JPMORGAN CHASE & CO.; ) | |
| CAPITAL MANAGEMENT SERVICES, LP; ) | |
| FIRSTSOURCE ADVANTAGE, LLC; PFG OF ) | |
| MINNESOTA, INC.; RICHARD J. BOUDREAU & ) | |
| ASSOCIATES, LLC; ALLIANCEONE ) | |
| RECEIVABLES MANAGEMENT, INC.; ) | |
| REGIONS BANK; GE CAPITAL LLC; NCO ) | |
| FINANCIAL SYSTEMS, INC.; B-LINE, LLC; B- ) | |
| REAL, LLC; PHILLIPS & COHEN ) | |
| ASSOCIATES, LTD., CORP.; AVALON ) | |
| FINANCIAL SERVICES, LLC; CAPITAL ONE ) | |
| BANK; FIRST PREMIER BANK; COLLECCORP ) | |
| CORPORATION; SUNTRUST BANK; ACS ) | |
| EDUCATION SERVICES, INC.; NATIONAL ) | |
| RECOVERY AGENCY, INC.; LEADING EDGE ) | |
| RECOVERY SOLUTIONS, L.L.C.; GALAXY ) | |
| PORTFOLIOS, LLC; AMERICAN EXPRESS ) | |
| COMPANY; AND CITIFINANCIAL, INC. ) | |
| _____ ) | |

**JOINDER IN CRA DEFENDANTS' MOTION TO DISMISS
AND MEMORANDUM IN SUPPORT**

COMES NOW, Defendant Experian Information Solutions, Inc., by and through its

undersigned counsel, hereby joins in the Motion to Dismiss and Memorandum in Support filed by

Defendants Equifax Information Services, LLC, Trans Union, LLC, and Experian Information Solutions, Inc. (collectively referred to as the "consumer reporting agencies" or the "CRAs"), dated June 23, 2010.

Dated: June 25, 2010

Respectfully submitted,

/s/ Thomas W. Tierney
Thomas W. Tierney
Florida Bar Number 0390150
ttierney@verobeachlawyers.com
Rossway Moore & Taylor
2101 Indian River Blvd., Suite 200
Vero Beach, Florida  32960
Telephone: (772) 231-4440
Fax: (772) 231-4430

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed a copy of the foregoing document by first-class mail to all non-CM/ECF participants.

/s/ Thomas W. Tierney
Thomas W. Tierney
Florida Bar Number 0390150
ttierney@verobeachlawyers.com
Rossway Moore & Taylor
2101 Indian River Blvd., Suite 200
Vero Beach, Florida  32960
Telephone: (772) 231-4440
Fax: (772) 231-4430

*Attorney for Defendant*
*Experian Information Solutions, Inc.*