AO 440 (Rev. 12/09) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT

June 28, 2010

for the

Date                Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Larry Rumbough )
Plaintiff )
)
v. )  Civil Action No. 6:10-cv-117-ORL-KRS
)
Equifax, et al. )
Defendant )

**SUMMONS IN A CIVIL ACTION**

10 JUN -2 AM 11:19
BROWARD COUNTY
FLORIDA
RECEIVED SHERIFF

To: *(Defendant's name and address)*
JP Morgan Chase & Co.
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
CLERK OF COURT

Date: FEB 0 1 2010

_____
Signature of Clerk or Deputy Clerk

23

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: 10090     CT CORPORATION SYSTEM, R/A          Service Sheet #  10-033500

RUMBOUGH, LARRY vs. EQUIFAX, ET AL                        10-CV-117-ORL
PLAINTIFF                    VS.     DEFENDANT             CASE

SUM/COMPLAINT                        DISTRICT/
TYPE OF WRIT                         COURT                 HEARING DATE

JP MORGAN CHASE CO.                  1200 S PINE ISLAND ROAD
                            SERVE    PLANTATION, FL 33324

Received this process on  6/2/2010
                          Date

334004
RUMBOUGH, LARRY              ☒  Served
840 LILAC TRACE LANE
ORLANDO , FL 32828           ☐  Not Served – see comments

                             06/03/10        at   0945 hrs
                             Date                 Time

9159            Attorney

On JP MORGAN CHASE CO. _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
   _____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☒ To CT Corp System, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

   1st attempt date/time: _____        2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

   1st attempt date/time: _____        2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: Donna Moch CT Corp Rep.

You can now check the status of your writ          **AL LAMBERTI, SHERIFF**
by visiting the Broward Sheriff's Office           **BROWARD COUNTY, FLORIDA**
Website at www.sheriff.org and clicking
on the icon "Service Inquiry"
                                                   BY: _____ #10090 D.S.
                                                        San Borges

                         ORIGINAL