UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
2010 AUG -9 PM 3: 29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANT THE LAW OFFICES OF ERSKINE & FLEISHER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER AND MEMORANDUM OF LAW IN SUPPORT OF SAME

Plaintiff, Larry Rumbough, hereby responds to Defendant The Law Offices of Erskine & Fleisher's Motion to Dismiss for Failure to Comply With Court Order and Memorandum of Law in Support of Same, and states:

1. Mr. Erskine filed his motion to dismiss based on the incorrect premise that Plaintiff did not respond timely to the Court's order of June 29, 2010.

2. Mr. Erskine apparently is not aware of Fed. R. Civ. P. 6(d) adding 3 days for service by mail. Therefore, Plaintiff timely filed his response on July 23, 2010.

3. Mr. Erskine did not confer with Plaintiff before filing his motion. If he had, Plaintiff would have explained the above-stated rule to him in an attempt to dissuade him from filing his frivolous motion.

WHEREFORE, Plaintiff respectfully requests that the Court deny Erskine and Fleisher's motion to dismiss.

Dated: August 9, 2010

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 9th day of August, 2010.

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859