UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually, et al.,

     Plaintiff,

vs.                              Case No. 6:10-cv-117-ORL-19DAB

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES; et al.,

     Defendants.
_____/

## REGIONS BANK'S JOINDER IN FIRST PREMIER BANK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND MEMORANDUM OF LAW

     COMES NOW, Defendant REGIONS BANK ("REGIONS"), by and through the undersigned counsel, hereby joins in FIRST PREMIER BANK'S ("PREMIER") Motion to Dismiss Plaintiff's First Amended Complaint with Prejudice and Memorandum of Law [Docket No. 156].  REGIONS is in exactly the same procedural posture as PREMIER; except that Plaintiff has not asserted a claim against REGIONS for violation of the FCCPA.

     WHEREFORE, Defendant REGIONS respectfully requests this Court dismiss the Plaintiff's First Amended Complaint with prejudice and for such other relief as this Court deems proper.

     Dated this 10th day of August, 2010.

                                       */s/ Richard B. Weinman*
                                       RICHARD B. WEINMAN
                                       Florida Bar No. 0231370
                                       rweinman@whww.com
                                       **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**

Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014 (facsimile)
Attorneys for REGIONS BANK

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to: Mr. Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828.

*/s/ Richard B. Weinman*
RICHARD B. WEINMAN

2