UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually, et al.,

    Plaintiff,

vs.                                                  Case No. 6:10-cv-117-ORL-KRS

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES; et al.,

    Defendants.
_____/

**CHEX SYSTEMS, INC.'S JOINDER IN FIRST PREMIER BANK'S**
**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
**WITH PREJUDICE AND MEMORANDUM OF LAW**

      COMES NOW, Defendant CHEX SYSTEMS, INC. ("CHEX"), by and through the undersigned counsel, hereby joins in FIRST PREMIER BANK'S ("PREMIER") Motion to Dismiss Plaintiff's First Amended Complaint with Prejudice and Memorandum of Law [Docket No. 156]. CHEX is in exactly the same procedural posture as PREMIER; except that Plaintiff does not assert a claim against CHEX for violation of the FCCPA, and has substituted CHEX as the named Defendant in his First Amended Complaint, replacing CHEX' affiliated entity, Chexsystems Collection Agency, as the named defendant.

      WHEREFORE, Defendant CHEX respectfully requests this Court dismiss the Plaintiff's First Amended Complaint with prejudice and for such other relief as this Court deems proper.

      Dated this 10th day of August, 2010.

                                                        */s/ Richard B. Weinman*
                                                        RICHARD B. WEINMAN
                                                        Florida Bar No. 0231370
                                                        rweinman@whww.com

              **WINDERWEEDLE, HAINES, WARD**
               **& WOODMAN, P.A.**
              Post Office Box 1391
              Orlando, FL 32802-1391
              (407) 423-4246
              (407) 423-7014 (facsimile)
              Attorneys for Chex Systems, Inc.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 10th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to: Mr. Larry Rumbough, 840 Lilac Trace Lane, Orlando, FL 32828.

              */s/ Richard B. Weinman*
              RICHARD B. WEINMAN