# UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LARRY RUMBOUGH,                                    Case No.: 6:10-cv-00117-MSS-DAB

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
et al.

    Defendants.
_____/

## CITIFINANCIAL, INC.'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, CitiFinancial, Inc., by and through its undersigned counsel, hereby moves to dismiss Plaintiff's First Amended Complaint and, as grounds therefore, states:

### BACKGROUND

On June 29, 2010, this Court entered an Order [Doc. 142] dismissing Plaintiff's Complaint and staying the case until Plaintiff met the following two conditions:  (1) submission of an Amended Complaint to the Court for review by July 20, 2010; and (2)  the posting of a bond in the amount of $250 per defendant.  Plaintiff failed to comply with either of these conditions and instead filed his Amended Complaint on July 23, 2010—three days after the Court imposed deadline.

### ARGUMENT

Plaintiff's Amended Complaint should be dismissed as a result of his willful failure to comply with this Court's June 29, 2010 Order.  *See* FED.R.CIV.P. 41(b).  In an effort to avoid undue repetition, CitiFinancial hereby incorporates (and joins in) the legal arguments made in

NCO Financial Systems, Inc. and CollectCorp Corporation's Motion to Dismiss [Doc. 153] and First Premier Bank's Motion to Dismiss [Doc. 156].

WHEREFORE, Defendant, CitiFinancial, Inc. respectfully requests that the Court enter an Order dismissing Plaintiff's Amended Complaint, *with prejudice*, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Shayne A. Thomas
W. Glenn Jensen, Esquire
Florida Bar No.: 0126070
Shayne A. Thomas, Esquire
Florida Bar No.: 0585025
ROETZEL & ANDRESS, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone: 407.896.2224
Facsimile: 407.835.3596
Counsel for CitiFinancial, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and also served via U.S. Mail to the following: Larry Rumbough, 840 Lilac Trace Lane, Orlando, Florida 32828.

/s/ Shayne A. Thomas
Shayne A. Thomas
