

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

                                                       Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
et al.,

    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANTS, NCO FINANCIAL SYSTEMS, INC.'S AND COLLECTCORP CORPORATION'S, MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND INCOPORATED MEMORANDUM OF LAW; FIRST PREMIER BANK'S, MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND MEMORANDUM OF LAW; REGION'S BANK JOINDER IN FIRST PREMIER BANK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND MEMORANDUM OF LAW; CHEX SYSTEMS, INC.S JOINDER IN FIRST PREMIER BANK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND MEMORANDUM OF LAW AND CITIFINANCIAL, INC.S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

    Plaintiff, Larry Rumbough, hereby responds to Defendants, NCO Financial Systems, Inc.'s and Collectcorp Corporation's, Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice and Incorporated Memorandum of Law; First Premier Bank's, Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice and Memorandum of Law; Regions Bank Joinder in First Premier Bank's Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice and Memorandum of Law; Chex Systems, Inc.'s Joinder in First Premier Bank's Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice and Memorandum of Law; and CitiFinancial, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, and states:

    1. Plaintiff responds to all of these motions and joinders because they cover the same basic territory. These redundant motions waste Plaintiff's and the Court's time for no reason. They all similarly deliberately attempt to deceive the Court in several ways.

2. Defendants misstate the facts regarding Plaintiff's submission of his First Amended Complaint. It was filed as an attachment to the Response to the Court's order for the Court to review, as the Response itself indicates. The person who personally delivered it to the Clerk's office on Plaintiff's behalf is willing to testify under penalty of perjury to that fact. Apparently the Clerk unilaterally decided to separate the documents that were stapled together as one and filed them individually. Moreover, Plaintiff was given two contradictory instructions by the Court: 1) "Plaintiff shall be required to submit the proposed amended complaint for approval prior to filing it" (p. 3), and 2) **"Plaintiff shall file an Amended Complaint within twenty-one (21) days of this Order."** (p. 4). It was impossible for Plaintiff to do both, and he chose the former as the most conservative course of action. Plaintiff informed all the defendants, including NCO, Collectcorp, First Premier, CitiFinancial, Regions, and Chex Systems of these facts.

3. Defendants apparently are not aware of Fed. R. Civ. P. 6(d) adding 3 days for service by mail. Therefore, Plaintiff timely filed his response on July 23, 2010. Also, as the Court and all Defendants are aware, it was impossible for Plaintiff to post a bond of $250.00 per Defendant.

4. Plaintiff did not receive First Premier's or CitiFinancial's motions by mail, despite their claims it was served on him. Plaintiff came across both motions on PACER. The other documents were properly served on Plaintiff.

WHEREFORE, Plaintiff requests that the Court deny NCO/Collectcorp's, First Premier's, and CitiFinancial's Motion to Dismiss, and Regions's and Chex Systems' Joinders.

Dated: August 26, 2010

Respectfully submitted,

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 26th day of August, 2010.

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859