**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH, individually and on behalf of others similarly situated,**

    **Plaintiff,**

v.                                        Case No.: 6:10-cv-117-Orl-35KRS

**EQUIFAX INFORMATION SERVICES, LLC, et al.**

    **Defendants.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Amended Complaint, filed on July 23, 2010. (Dkt. 148)  On June 29, 2010, this Court ordered that any Amended Complaint filed by Plaintiff be accompanied by a bond in the amount of $250, pursuant to FED. R. CIV. P. 41(d) and relevant case law. (Dkt. 142 at 4)  A review of the record reveals that Plaintiff's Amended Complaint was not accompanied by a bond, in violation of the Court's Order. (Dkt. 147 at ¶ 2; Dkt. 148)

Upon consideration of the foregoing, it is hereby **ORDERED** that:

    1.    Plaintiff's Amended Complaint (Dkt. 148) is **STRICKEN**;

    2.    Defendant Law Offices of Erksine & Fleisher's Motion to Dismiss (Dkt. 145) is **DENIED**;

    3.    Defendant Law Offices of Erksine & Fleisher's Motion for Sanctions (Dkt. 146) is **DENIED**;

    4.    Defendant Lexis Nexis's Motion to Dismiss (Dkt. 152) is **DENIED**;

5. Defendants NCO Financial Systems, Inc. and CollectCorp Corportation's Motion to Dismiss (Dkt. 153) is **DENIED**;

6. Defendant First Premier Bank's Motion to Dismiss (Dkt. 156) is **DENIED**;

7. Defendant Regions Bank's Joinder in Defendant First Premier Bank's Motion to Dismiss (Dkt. 157) is **DENIED**;

8. Defendant ChexSystems's Joinder in Defendant First Premier Bank's Motion to Dismiss (Dkt. 158) is **DENIED**;

9. Defendant Citi Financial, Inc.'s Motion to Dismiss (Dkt. 159) is **DENIED**;

10. Defendant JPMorgan Chase Bank, N.A.'s Unopposed Motion to Set Aside Clerk's Default (Dkt. 160) is **GRANTED**;

11. This case is **DISMISSED**; and

12. The **CLERK** is directed to **TERMINATE** all pending motions and **CLOSE** the case.

13. **THE CLERK SHALL NOT ACCEPT ANY FURTHER FILINGS UNLESS ACCOMPANIED BY A BOND AS PREVIOUSLY ORDERED.**

**DONE** and **ORDERED** in Orlando, Florida this 30th day of August 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party