**FILED**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2010 SEP 29 PM 3: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH, individually
and on behalf of others similarly situated,
as a private attorney general;

    Plaintiff,

                             Case No. 6:10-cv-117-ORL-KRS

-v-

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; CBC COMPANIES;
CHEXSYSTEMS COLLECTION AGENCY, INC.;
LEXISNEXIS RISK SOLUTIONS FL INC.;
LEXISNEXIS SCREENING SOLUTIONS INC.;
JEFFERSON CAPITAL SYSTEMS, LLC; MANN
BRACKEN, LLC; LAW OFFICES OF ERSKINE &
FLEISHER; BANK OF AMERICA CORPORATION;
HSBC CARD SERVICES, INC.; CHECKNET;
JPMORGAN CHASE & CO.; CAPITAL
MANAGEMENT SERVICES, LP; FIRSTSOURCE
ADVANTAGE, LLC; PFG OF MINNESOTA, INC.;
RICHARD J. BOUDREAU & ASSOCIATES, LLC;
ALLIANCEONE RECEIVABLES MANAGEMENT,
INC.; REGIONS BANK; GE CAPITAL LLC; NCO
FINANCIAL SYSTEMS, INC.; B-LINE, LLC;
B-REAL, LLC; PHILLIPS & COHEN ASSOCIATES,
LTD., CORP.; AVALON FINANCIAL SERVICES,
LLC; CAPITAL ONE BANK; FIRST PREMIER
BANK; COLLECTCORP CORPORATION;
SUNTRUST BANK; ACS EDUCATION SERVICES,
INC.; NATIONAL RECOVERY AGENCY, INC.;
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.;
GALAXY PORTFOLIOS, LLC; AMERICAN
EXPRESS COMPANY; and CITIFINANCIAL, INC.;

    Defendants.

## PLAINTIFF'S NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Notice is hereby given Plaintiff LARRY RUMBOUGH hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the order dismissing the case entered in this action on the 30th day of August, 2010. The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Andrea N. Zdaniewski
Thompson, Goodis, Thompson, Groseclose & Richardson. P.A.
Attorney for EQUIFAX INFORMATION SERVICES LLC
700 Central Avenue, Suite 500
St. Petersburg, FL 33731

Thomas W. Tierney
Rossway Moore & Taylor
Attorney for EXPERIAN INFORMATION SOLUTIONS, INC.
2101 Indian River Boulevard, Suite 200
Vero Beach, FL 32960

Tracey Marshall
GrayRobinson, P.A.
Attorney for TRANS UNION LLC
301 East Pine Street, Suite 1400
Orlando, FL 32801

Richard B. Weinman
Winderweedle, Haines, Ward & Woodman, P.A.
Attorney for CHEXSYSTEMS COLLECTION AGENCY, INC.; and REGIONS BANK
P.O. Box 1391
Orlando, FL 32802

Rachael M. Crews
GrayRobinson, P.A.
Attorney for LEXISNEXIS RISK SOLUTIONS FL INC.; and LEXISNEXIS SCREENING SOLUTIONS INC.
P.O. Box 3068
Orlando, FL 32802

Cheryl E. Rose
12154 Darnestown Road, Box 623
Attorney for MANN BRACKEN, LLC
Gaithersburg, MD 20878

Stanley B. Erskine
The Law Offices of Erskine & Fleisher
Attorney for LAW OFFICES OF ERSKINE & FLEISHER
55 Weston Road, Suite 300
Fort Lauderdale, FL 33326

Samantha R. Powers
Foley & Lardner LLP
Attorney for BANK OF AMERICA CORPORATION
111 N. Orange Avenue, Suite 1800
Orlando, FL 32801

Jason Daniel Joffe
Squire, Sanders & Dempsey L.L.P.
Attorney for HSBC CARD SERVICES, INC.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401

Fentrice D. Driskell
Carlton Fields, P.A.
Attorney for JPMORGAN CHASE & CO.
P.O. Box 3239
Tampa, FL 33601

Dale T. Golden
Golden & Scaz, PLLC
Attorney for ALLIANCEONE RECEIVABLES MANAGEMENT, INC.;
2124 W. Kennedy Boulevard, Suite A
Tampa, FL 33606

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, L.L.P.
Attorney for NCO FINANCIAL SYSTEMS, INC.; and COLLECTCORP CORPORATION
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

Gary J. Lublin
Attorney for B-LINE, LLC; B-REAL, LLC; and AVALON FINANCIAL SERVICES, LLC
109 E. Church Street 5th Floor
P.O. Box 3146
Orlando, FL 32802

Sara F. Holladay-Tobias
McGuireWoods LLP
Attorney for CAPITAL ONE BANK
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

Charles W. Denny IV
Dickinson & Gibbons, P.A.
Attorney for FIRST PREMIER BANK
410 North Cattleman Road, Suite 300
Sarasota, FL 34232

Joseph E. Foster
Akerman Senterfitt
Attorney for SUNTRUST BANK
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Brian D. DeGailler
Broussard, Cullen & DeGailler, P.A.
Attorney for ACS EDUCATION SERVICES, INC.
445 W. Colonial Drive
Orlando, FL 32804

Shayne A. Thomas
Roetzel & Andress, L.P.A.
Attorney for CITIFINANCIAL, INC.
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801

Dated: September 29, 2010

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859