IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 10-14605-EE

_____

LARRY RUMBOUGH,

Plaintiff - Appellant,

versus

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,
CHEXSYSTEMS COLLECTION AGENCY, INC.,
MANN BRACKEN, LLC,
BANK OF AMERICA CORPORATION,
LAW OFFICES OF ERSKINE & FLEISHER,
CITIFINANCIAL, INC.,
LEXISNEXIS RISK SOLUTIONS FL, INC.,
LEXISNEXIS SCREENING SOLUTIONS, INC.,
NCO FINANCIAL SYSTEMS, INC.,
COLLECTCORP CORPORATION,
FIRST PREMIER BANK, et al.,

Defendants - Appellees,

CBC COMPANIES, et al.,

Defendants.



6:10 cv 117



---

Appeal from the United States District Court for the
Middle District of Florida

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for
want of prosecution because the appellant Larry Rumbough failed to file CORRECTED record
excerpts within the time fixed by the rules, effective June 22, 2011.

JOHN LEY
Clerk of the United States Court
of Appeals for the Eleventh Circuit

by: Lois Tunstall, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2011

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 10-14605-EE
Case Style: Larry Rumbough v. Equifax Information Svcs., et al
District Court Docket No: 6:10-cv-00117-MSS-DAB

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 06/17/2011.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal