**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

           **Plaintiff,**

**-vs-**                                           **Case No. 6:10-cv-117-Orl-22DAB**

**EQUIFAX INFORMATION SERVICES,**
**INC., et al.**

           **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNOPPOSED MOTION TO [FILE UNDER] SEAL PLAINTIFF'S FINANCIAL INFORMATION (Doc. No. 191)**
>
> **FILED:** May 29, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff is directed to submit the financial information to the Clerk's office with a copy of this Order, for the Clerk to file the financial information under seal and separate from the public docket.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2012.

                                              *David A. Baker*
                                          DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties