# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

       **Plaintiff,**

**v.**                                                     **Case No: 6:10-cv-117-Orl-22DAB**

**EQUIFAX INFORMATION SERVICES, LLC, LAW OFFICES OF ERSKINE & FLEISHER and REGIONS BANK,**

       **Defendants.**

## ORDER

This cause is before the Court on the Motion for Involuntary Dismissal Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. No. 193), and the Motion to Compel Compliance with Local Rule 1.09 (Doc. No. 194), both filed June 7, 2012.

The United States Magistrate Judge has submitted a report recommending that motions be denied, and that Plaintiff be required to post a cost bond.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 22, 2012 (Doc. No. 199), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Involuntary Dismissal Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. No. 193) is DENIED.

3. The Motion to Compel Compliance with Local Rule 1.09 (Doc. No. 194) is DENIED.

    4.    Within 14 days of the date of this Order, Plaintiff shall post a bond in the amount of $1,200.00 to secure payment of any costs Plaintiff may be ordered to pay in this case and in cases 6:12cv811 through 821.  The cases are STAYED until the bond is posted.  Failure to post the bond as directed shall result in dismissal of the cases listed, without further notice.

    5.    Plaintiff shall be required to replenish the bond if he fails to pay any costs when required.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Larry Rumbough, *pro se*