UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LARRY RUMBOUGH,**

    **Plaintiff,**

v.                                                                              **Case No: 6:10-cv-117-Orl-22DAB**

**EQUIFAX INFORMATION SERVICES,**
**LLC, LAW OFFICES OF ERSKINE &**
**FLEISHER and REGIONS BANK,**

    **Defendants.**

_____/

**ORDER**

This cause comes before the Court on Plaintiff Larry Rumbough's ("Plaintiff") Motion to Strike Defendant Erskine & Fisher's (sic) Motion to Dismiss (Doc. No. 229), filed on September 4, 2012, and Defendant Erskine & Fleisher's Reply to Plaintiff's Motion to Strike and/or Motion for More Definite Statement Directed to the Defendant Erskine & Fleisher's Motion to Dismiss (Doc. No. 233), filed on September 6, 2012.

As noted by Defendant Erskine & Fleisher in its reply, Plaintiff, in its motion to strike, failed to comply with the Local Rules of this Court. Local Rule 3.01(a) states,

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages.

M.D. Fla. R. 3.01(a).

Plaintiff failed to include a memorandum of legal authority in support of his motion. Therefore, based on the foregoing, Plaintiff's Motion to Strike Defendant Erskine & Fisher's (sic) Motion to Dismiss (Doc. No. 229), filed on September 4, 2012, is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties