UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

                              Case No. 6:10-cv-117-Orl-22DAB

-v-

EQUIFAX INFORMATION SERVICES LLC;
LAW OFFICES OF ERSKINE & FLEISHER;
REGIONS BANK;

    Defendants.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO REGIONS BANK

    Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant Regions has been settled. Plaintiff has signed a Release and has received the settlement check from Regions. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice Regions from this action.

Dated: October 16, 2012

                                              Respectfully submitted,

                                              ___s/J. Marshall Gilmore_____
                                              J. Marshall Gilmore
                                              Florida Bar No. 840181
                                              Attorney for Plaintiff
                                              1936 Lee Road, Suite 100
                                              Winter Park, FL 32789
                                              (407) 629-7322
                                              (407) 599-3801 fax
                                              mgilmore@mgilmorelaw.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 16th day of October, 2012  by CM/CFC  delivery to all Parties of record:


                          ____s/J. Marshall Gilmore___
                          Attorney for Plaintiff