**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

    **Plaintiff,**

v.                                             Case No:  6:10-cv-117-Orl-22DAB

**EQUIFAX INFORMATION SERVICES,**
**LLC, LAW OFFICES OF ERSKINE &**
**FLEISHER and REGIONS BANK,**

    **Defendants.**

## Order of Reference

This case is hereby referred to the Magistrate Judge to conduct a preliminary pretrial conference, and for issuance of a Case Management and Scheduling Order.

**DONE** and **ORDERED** in Chambers at Orlando, Florida on October 22, 2012.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party