**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LARRY RUMBOUGH,**

       **Plaintiff,**

**-vs-**                           **Case No. 6:10-cv-117-Orl-22DAB**

**EQUIFAX INFORMATION SERVICES,**
**INC., LAW OFFICES OF ERSKINE &**
**FLEISHER, REGIONS BANK,**

       **Defendants.**

_____

## ORDER SCHEDULING PRELIMINARY
## PRETRIAL AND SCHEDULING CONFERENCE

In accordance with Fed.R.Civ.P. 16(b) and Middle District of Florida Local Rule 3.05, this Court hereby schedules the Preliminary Pretrial Conference for **THURSDAY**, **NOVEMBER 1, 2012**, at **10:00 A.M.**, before the undersigned in Courtroom #6D, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida.

Counsel of record and every unrepresented party shall attend the Conference. Counsel appearing on behalf of a particular party shall be either the actual trial counsel or counsel empowered to direct the course of litigation and enter into settlements on behalf of the represented party. **Attendance by telephone may be allowed if prior arrangements are made by contacting Chambers at least 24 hours in advance of the hearing at (407)835-4290.**

Attendees at the Preliminary Pretrial and Scheduling Conference shall be prepared to discuss and resolve with the Court the following matters:

    (1)    The basis of federal jurisdiction, any jurisdictional problems, and a description of any jurisdictional motions to be filed by Defendant(s).

(2) The issues to be resolved in the litigation, including identification of issues which may be susceptible to summary disposition.

(3) The scope of and time necessary to complete discovery and whether discovery should be limited or phased.

(4) Problems which may arise during discovery and a description of any anticipated motions related to discovery, including expert discovery.

(5) Joinder of other parties and/or amendment of pleadings.

(6) The final date for filing motions.

(7) The possibility of settlement.

(8) Suitability of the case for alternative dispute resolution.

(9) Whether the parties are interested in consenting to jurisdiction of the United States Magistrate Judge for all or some purposes.

(10) Dates for final pretrial conference, trial, and the anticipated length of trial.

(11) Resolution of any pending motions.

(12) Any other matters contemplated under Rule 16, F.R.Civ.P. or which will aid the progress of the case to trial or other final resolution.

The conference will result in entry of an order governing scheduling and pretrial proceedings in the case. These procedures are intended to assist in the just, speedy and inexpensive determination of the action. Any party believing that these procedures will not serve that end in this case, should notify the Court accordingly so that appropriate alternatives may be considered. Failure to attend this conference or to be prepared to discuss the matters listed above may result in sanctions against the party or counsel.

**DONE** and **ORDERED** in Orlando, Florida October 23, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.