UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LARRY RUMBOUGH,

   Plaintiff,

         Case Number: 6:10-CV-117-ORL-22DAB

vs.

EQUIFAX INFORMATION SERVICES,
LLC, LAW OFFICES OF ERSKINE &
FLEISHER and REGIONS BANK

   Defendant.
_____/

## NOTICE OF APPEARING TELEPHONICALLY AT THE PRELIMINARY PRETRIAL AND SCHEDULING CONFERENCE

COMES NOW, the Defendant the LAW OFFICES OF ERSKINE & FLEISHER, by and through its undersigned counsel, and files this their Notice of appearing by telephonic means at the Preliminary Pretrial and Scheduling Conference in the above captioned cause of action scheduled for November 1st, 2012 at 10:00 am. Same has been confirmed with the office of the Honorable Judge David A. Baker.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance via Telephonic Means at the Preliminary Pretrial and Scheduling Conference was electronically filed with the Clerk of the above Court by using the CM/ECF system on the 25th day of October, 2012 and served upon all parties of record via the CM/ECF system.

Respectfully Submitted By:

Stanley B. Erskine, Esquire
The Law Offices
ERSKINE & FLEISHER
Attorneys for Defendant the Law Offices
of Erskine & Fleisher
Suite 300, 55 Weston Road
Fort Lauderdale, Florida  33326
Telephone No. (954) 384-1490
Telecopier No. (954) 384-4088
Email: Stanley_Erskine@Eflaw.net

By: _____
       Stanley B. Erskine, Esquire