# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

      **Plaintiff,**

v.                        **Case No: 6:10-cv-117-Orl-22DAB**

**EQUIFAX INFORMATION SERVICES, LLC,**
**LAW OFFICES OF ERSKINE & FLEISHER,**

      **Defendants.**

---

### ORDER

This cause comes before the Court on Plaintiff's Motion to Return Bond (Doc. No. 314). On July 10, 2012 this Court entered an Order providing, *inter alia*, "…Plaintiff shall post a bond in the amount of $1,200.00 to secure payment of any costs Plaintiff may be ordered to pay in this case and in cases 6:12cv811 through 821." (Doc. No. 200). The Court takes notice that cases 6:12cv811, 6:12cv814, 6:12cv818, and 6:12cv821 are still pending.

Based on the foregoing, it is ordered as follows:

1. Plaintiff's Motion to Return Bond (Doc. No. 314) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 18, 2013.

*ANNE C. CONWAY*
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties